HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206-6639
316-267-2000 / 316-264-1518 fax

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | |
| | Case No. 20-20786 |
| THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF TOPEKA, KANSAS | Chapter 11 |
| Debtor(s) | |

## MOTION FOR ORDER AUTHORIZING PAYMENT OF
## ADEQUATE PROTECTION PAYMENT UNDER 11 U.S.C. §361 AND 11 U.S.C. §363(e)
## TO COREFIRST BANK

COMES NOW The Young Men's Christian Association of Topeka, Kansas (the "Debtor")

by and through its counsel Edward J. Nazar of Hinkle Law Firm LLC and hereby moves the Court

for an Order authorizing the allowance of adequate protection payments to protect the interest of

CoreFirst Bank.

In support thereof, the Debtor states:

1.      CoreFirst Bank acts as the Bond Trustee for certain Economic Development Refunding

        Revenue Bonds Series 2011-A (YMCA Project) issued by the City of Topeka on or about

        September 7, 2011 (the "Series 2011A Bonds").

2.      The Series 2011A Bonds are secured by certain real property located on a tract of ground

        legally described as follows, to-wit:

        Lot 1, and that part of Lot 2 described as follows: Beginning at the Southwest
        corner of said Lot 2; thence North 89°48'30" East, 472.53 feet; thence North
        48°59'46" West, 64.60 feet; thence North 90°00'00" West, 423.92 feet; thence
        South 00°11'30" East, 43.97 feet to the point of beginning, all in Block A,
        Southbrook Subdivision No. 3, in the City of Topeka, Shawnee County,
        Kansas,

In the United States Bankruptcy Court for the District of Kansas
IN RE: The Young Men's Christian Association of Topeka, Kansas
       Bankruptcy Case No.
       Motion for Order Authorizing Payment of Adequate Protection Payment under 11 U.S.C. §361 and 11 U.S.C.
       §363(e) to CoreFirst Bank
Page 2

together with all machinery, equipment and other personal property which are located thereon. The original UCC-1 Financing Statement filed for record with the Shawnee County Register of Deeds office of Shawnee County, Kansas on September 7, 2011 is attached hereto as **Exhibit A**. No UCC-1 Financing Statement has been filed with the Kansas Secretary of State's office on behalf of CoreFirst Bank as the Bond Trustee.

3.    The Series 2011A Bonds have not been registered with the U.S. Securities & Exchange Commission under the Securities Act of 1933, as amended, nor has the bond indenture been qualified under the Trust Indenture Act of 1939, as amended, in reliance upon exemptions contained in such Acts. The Series 2011A Bonds were issued in accordance with K.S.A. 12-1740, *et seq.*

4.    The Series 2011A Bonds are funded by a lease payment made by the Debtor to the City of Topeka under a Lease Agreement dated September 1, 2011. Kansas case law has substantiated that although the relationship between the City of Topeka as a fee title holder and Debtor as a lessor/lessee relationship, the United States Bankruptcy Court for the District of Kansas has construed the transaction as a "disguised financing transaction," and thus able to be restructured under the provisions of the Bankruptcy Code. Thus, the lease between the City of Topeka and the Debtor for the Southwest facility is not a true lease that can be assumed or rejected under 11 U.S.C. §365, but a financing transaction that may be adjusted or "crammed down" to the value of the collateral.

5.    Kansas Bankruptcy Courts hold that an Industrial Revenue Bond lease is a disguised

In the United States Bankruptcy Court for the District of Kansas
IN RE: The Young Men's Christian Association of Topeka, Kansas
        Bankruptcy Case No.
        Motion for Order Authorizing Payment of Adequate Protection Payment under 11 U.S.C. §361 and 11 U.S.C.
        §363(e) to CoreFirst Bank
Page 3

financing transaction. *See In Re KAR Development Associates, LP*, 180 B.R. 597 (Bankr. Kan. 1994) *aff'd City of Olathe v. KAR Development Associates, LP* (*In Re KAR Development Associates, LP*), 180 B.R. 629 (D. Kan. 1995); *Contra. In Re Petroleum Products, Inc.,* 72 B.R. 739 (Bankr. Kan. 1987). In other unpublished decisions, the Court has found that it is a disguised financing transaction. *See In Re Southwind Hospice, LLC*, Case No. 12-23053 (unpublished).

6.      The Debtor contends that CoreFirst Bank on behalf of the bondholders is entitled to adequate protection as that term is defined under 11 U.S.C. §361, and that the use of such adequate protection is authorized under 11 U.S.C. §363(e).

7.      The Debtor, therefore, moves the Court for an Order allowing adequate protection payments to be made to CoreFirst Bank.

## INTRODUCTION

8.      The Debtor is a 501(c)(3) corporation organized under the laws of the state of Kansas.

9.      On or about May 21, 2020 ("Petition Date") a voluntary petition was filed by the Debtor under 11 U.S.C. §§101-1330 (as amended, the "Bankruptcy Code").

10.     The Debtor is acting in its capacity as debtor-in-possession.

11.     To date no Creditors' Committee has been appointed in the Debtor's case.

## JURISDICTION AND VENUE

12.     This Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. §1334.

In the United States Bankruptcy Court for the District of Kansas
IN RE: The Young Men's Christian Association of Topeka, Kansas
Bankruptcy Case No.
Motion for Order Authorizing Payment of Adequate Protection Payment under 11 U.S.C. §361 and 11 U.S.C.
§363(e) to CoreFirst Bank
Page 4

13.  This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §1408 and 28 U.S.C. §1409.

## BACKGROUND

14.  The Debtor believes that the interest of the bondholders and CoreFirst Bank is that of a secured creditor by reason of the disguised financing transaction.

15.  The Debtor has obtained the services of Valbridge Property Advisors of Overland Park, Kansas, who has appraised the property as of August, 2019 with a valuation of $1,635,000 for the real estate improvements of the Debtor located in Southwest Topeka.

16.  The outstanding indebtedness due on the Series 2011A Bonds is approximately $5,260,000.00.

17.  Despite the presence of the COVID-19 pandemic, various Orders issued by Governor Laura Kelly restrict the use of the property. The Debtor intends to operate in the ordinary course as businesses conducting operations similar to the Debtor are allowed to reopen.

18.  The Debtor, therefore, proposes to offer an adequate protection payment to CoreFirst Bank as set forth on the budget attached hereto as **Exhibit B**.

## RELIEF REQUESTED

19.  By this Motion, the Debtor seeks, pursuant to the provisions of 11 U.S.C. §361 of the Bankruptcy Code, an Order allowing the Debtor to make periodic cash payments as a form of adequate protection to the bondholders and CoreFirst Bank for an interim period while it attempts to reorganize itself. The proposed monthly payment to CoreFirst Bank for an

In the United States Bankruptcy Court for the District of Kansas
IN RE: The Young Men's Christian Association of Topeka, Kansas
Bankruptcy Case No.
Motion for Order Authorizing Payment of Adequate Protection Payment under 11 U.S.C. §361 and 11 U.S.C.
§363(e) to CoreFirst Bank
Page 5

adequate protection payment is a sum of $9,646.00 per month commencing upon entry of a

Final Order authorizing the adequate protection payment.

20. Such an Order of adequate protection is sought so as to constitute a defense to any requested

relief under 11 U.S.C. §362(d) by CoreFirst Bank seeking relief from stay to proceed in state

court for foreclosure, cancellation of outstanding leases and disguised financing transactions,

and vesting title in the property to a third party.

21. Section 363(e) of the Bankruptcy Code provides in pertinent part:

> "Notwithstanding any other provision of this section, at any time on request
> of any entity that has an interest in property used, sold, or leased... the Court...
> shall prohibit or condition such use, sale, or lease as is necessary to provide
> adequate protection of such interest."

22. The use by the Debtor of the facility, the real property mandates adequate protection.

> "[T]he requirement of adequate protection is Section 363(e) is mandatory.
> If adequate protection cannot be offered, such us, sale or lease of the
> collateral must be prohibited." Lawrence P. King, *Collier on Bankruptcy*
> *§363.05*

23. Adequate protection is necessary to preserve the interest of CoreFirst Bank and the value of

its interest in the real property throughout the pendency of the Chapter 11 case. *See, e.g. In*

*Re Melson*, 44 B.R. 454, 455 (Bankr. D.Del 1984)

## NOTICE

24. No trustee or examiner has been appointed in this Chapter 11 case. The Debtor has served

notice of this motion on: (i) the United States Trustee; (ii) the Internal Revenue Service; (iii)

the Kansas Department of Revenue; and (vi) those creditors holding the twenty largest

In the United States Bankruptcy Court for the District of Kansas
IN RE: The Young Men's Christian Association of Topeka, Kansas
Bankruptcy Case No.
Motion for Order Authorizing Payment of Adequate Protection Payment under 11 U.S.C. §361 and 11 U.S.C.
§363(e) to CoreFirst Bank
Page 6

unsecured claims against the Debtor's estate. The Debtor submits that no other or further notice need be provided.

25. No previous request for the relief sought herein has been made by the Debtor to this or any other court.

26. The Debtor requests the Court for an expedited hearing on this Motion under a separate motion.

WHEREFORE the Debtor prays for the entry of an Order granting adequate protection under the terms and conditions set forth herein and for such and other relief the Court deems just and equitable.

RESPECTFULLY SUBMITTED:

HINKLE LAW FIRM LLC

/s/Edward J. Nazar
Edward J. Nazar, #09845
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
316.267.2000 / 316.264.1518 fax
enazar@hinklaw.com
        *Attorney for Debtor*

State of Kansas
Shawnee County
Received for Record

09/07/2011 10:50:59.987 AM
UCC #: 459505

Register of Deeds
Marilyn L. Nichols

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Philip B. Wolfe

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

Nichols and Wolfe Chartered
2715 SW 29th Street, Suite A
Topeka, Kansas 66614

Kansas Secured Title
786-232-9349
SN029722

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Young Men's Christian Association of Topeka | | | | | |
| 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 421 Van Buren | Topeka | KS | 66603 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| DO NOT PROVIDE SSN/FEIN | | 501(c)(3)Corporation | State of Kansas | KS0223818 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| DO NOT PROVIDE SSN/FEIN | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| CoreFirst Bank & Trust | | | | | |
| 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3035 S. Topeka | Topeka | KS | 66611 | USA |

4. This FINANCING STATEMENT covers the following collateral:

The real estate described on Exhibit A attached hereto and the buildings and improvements, together with all machinery, equipment and other personal property which are located thereon subject to a certain Lease Agreement dated as of September 1, 2011, by and between the debtor and the assignor secured party.

**EXHIBIT**

**A**

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (optional) [ADDITIONAL FEE] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

OR

9a. ORGANIZATION'S NAME

Young Men's Christian Association of Topeka

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one name (11a or 11b) - do not abbreviate or combine names

| | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| DO NOT PROVIDE SSN/FEIN | | | | ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☑ ASSIGNOR S/P'S NAME - Insert only one name (12a or 12b)

OR

12a. ORGANIZATION'S NAME

City of Topeka, Kansas

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 215 SE 7th Street | Topeka | KS | 66603 | USA |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

See Exhibit A

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

City of Topeka, Kansas
215 SE 7th Street
Topeka, KS 66603

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☑ Filed in connection with a Public-Finance Transaction — effective 30 years

EXHIBIT A
TO UCC FINANCING STATEMENT

The following described real estate located in Shawnee County, Kansas, to wit:

TRACT:

Lot 1, and part of Lot 2 described as follows: Beginning at the southwest corner of said Lot 2; thence north 89°48'30" E, 472.53 feet; thence north 48°59'46" W, 64.60 feet; thence north 90°00'00" W, 423.92 feet; thence south 00°11'30" E, 43.97 feet to the point of beginning, all in Block A, Southbrook Subdivision No. 3, in the City of Topeka, Shawnee County, Kansas.

| Compound Period: | Monthly |
|---|---|
| Nominal Annual Rate: | 5.000% |

## CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 5/15/2020 | 1,650,000.00 | 1 | | |
| 2 | Payment | 6/15/2020 | 9,645.74 | 300 | Monthly | 5/15/2045 |
| 3 | Payment | 6/15/2045 | 0.00 | 1 | | |

## AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 5/15/2020 | | | | 1,650,000.00 |
| 1 | 6/15/2020 | 9,645.74 | 6,875.00 | 2,770.74 | 1,647,229.26 |
| 2 | 7/15/2020 | 9,645.74 | 6,863.46 | 2,782.28 | 1,644,446.98 |
| 3 | 8/15/2020 | 9,645.74 | 6,851.86 | 2,793.88 | 1,641,653.10 |
| 4 | 9/15/2020 | 9,645.74 | 6,840.22 | 2,805.52 | 1,638,847.58 |
| 5 | 10/15/2020 | 9,645.74 | 6,828.53 | 2,817.21 | 1,636,030.37 |
| 6 | 11/15/2020 | 9,645.74 | 6,816.79 | 2,828.95 | 1,633,201.42 |
| 7 | 12/15/2020 | 9,645.74 | 6,805.01 | 2,840.73 | 1,630,360.69 |
| 2020 Totals | | 67,520.18 | 47,880.87 | 19,639.31 | |
| 8 | 1/15/2021 | 9,645.74 | 6,793.17 | 2,852.57 | 1,627,508.12 |
| 9 | 2/15/2021 | 9,645.74 | 6,781.28 | 2,864.46 | 1,624,643.66 |
| 10 | 3/15/2021 | 9,645.74 | 6,769.35 | 2,876.39 | 1,621,767.27 |
| 11 | 4/15/2021 | 9,645.74 | 6,757.36 | 2,888.38 | 1,618,878.89 |
| 12 | 5/15/2021 | 9,645.74 | 6,745.33 | 2,900.41 | 1,615,978.48 |
| 13 | 6/15/2021 | 9,645.74 | 6,733.24 | 2,912.50 | 1,613,065.98 |
| 14 | 7/15/2021 | 9,645.74 | 6,721.11 | 2,924.63 | 1,610,141.35 |
| 15 | 8/15/2021 | 9,645.74 | 6,708.92 | 2,936.82 | 1,607,204.53 |
| 16 | 9/15/2021 | 9,645.74 | 6,696.69 | 2,949.05 | 1,604,255.48 |
| 17 | 10/15/2021 | 9,645.74 | 6,684.40 | 2,961.34 | 1,601,294.14 |
| 18 | 11/15/2021 | 9,645.74 | 6,672.06 | 2,973.68 | 1,598,320.46 |
| 19 | 12/15/2021 | 9,645.74 | 6,659.67 | 2,986.07 | 1,595,334.39 |
| 2021 Totals | | 115,748.88 | 80,722.58 | 35,026.30 | |
| 20 | 1/15/2022 | 9,645.74 | 6,647.23 | 2,998.51 | 1,592,335.88 |
| 21 | 2/15/2022 | 9,645.74 | 6,634.73 | 3,011.01 | 1,589,324.87 |
| 22 | 3/15/2022 | 9,645.74 | 6,622.19 | 3,023.55 | 1,586,301.32 |
| 23 | 4/15/2022 | 9,645.74 | 6,609.59 | 3,036.15 | 1,583,265.17 |
| 24 | 5/15/2022 | 9,645.74 | 6,596.94 | 3,048.80 | 1,580,216.37 |
| 25 | 6/15/2022 | 9,645.74 | 6,584.23 | 3,061.51 | 1,577,154.86 |
| 26 | 7/15/2022 | 9,645.74 | 6,571.48 | 3,074.26 | 1,574,080.60 |

EXHIBIT
B

| # | Date | Payment | Interest | Principal | Balance | | | |
|---|---|---|---|---|---|---|---|---|
| 27 | 8/15/2022 | 9,645.74 | 6,558.67 | 3,087.07 | 1,570,993.53 | 5/12/2020 | 5:51 PM | Page 2 |
| 28 | 9/15/2022 | 9,645.74 | 6,545.81 | 3,099.93 | 1,567,893.60 | | | |
| 29 | 10/15/2022 | 9,645.74 | 6,532.89 | 3,112.85 | 1,564,780.75 | | | |
| 30 | 11/15/2022 | 9,645.74 | 6,519.92 | 3,125.82 | 1,561,654.93 | | | |
| 31 | 12/15/2022 | 9,645.74 | 6,506.90 | 3,138.84 | 1,558,516.09 | | | |
| 2022 Totals | | 115,748.88 | 78,930.58 | 36,818.30 | | | | |
| | | | | | | | | |
| 32 | 1/15/2023 | 9,645.74 | 6,493.82 | 3,151.92 | 1,555,364.17 | | | |
| 33 | 2/15/2023 | 9,645.74 | 6,480.68 | 3,165.06 | 1,552,199.11 | | | |
| 34 | 3/15/2023 | 9,645.74 | 6,467.50 | 3,178.24 | 1,549,020.87 | | | |
| 35 | 4/15/2023 | 9,645.74 | 6,454.25 | 3,191.49 | 1,545,829.38 | | | |
| 36 | 5/15/2023 | 9,645.74 | 6,440.96 | 3,204.78 | 1,542,624.60 | | | |
| 37 | 6/15/2023 | 9,645.74 | 6,427.60 | 3,218.14 | 1,539,406.46 | | | |
| 38 | 7/15/2023 | 9,645.74 | 6,414.19 | 3,231.55 | 1,536,174.91 | | | |
| 39 | 8/15/2023 | 9,645.74 | 6,400.73 | 3,245.01 | 1,532,929.90 | | | |
| 40 | 9/15/2023 | 9,645.74 | 6,387.21 | 3,258.53 | 1,529,671.37 | | | |
| 41 | 10/15/2023 | 9,645.74 | 6,373.63 | 3,272.11 | 1,526,399.26 | | | |
| 42 | 11/15/2023 | 9,645.74 | 6,360.00 | 3,285.74 | 1,523,113.52 | | | |
| 43 | 12/15/2023 | 9,645.74 | 6,346.31 | 3,299.43 | 1,519,814.09 | | | |
| 2023 Totals | | 115,748.88 | 77,046.88 | 38,702.00 | | | | |
| | | | | | | | | |
| 44 | 1/15/2024 | 9,645.74 | 6,332.56 | 3,313.18 | 1,516,500.91 | | | |
| 45 | 2/15/2024 | 9,645.74 | 6,318.75 | 3,326.99 | 1,513,173.92 | | | |
| 46 | 3/15/2024 | 9,645.74 | 6,304.89 | 3,340.85 | 1,509,833.07 | | | |
| 47 | 4/15/2024 | 9,645.74 | 6,290.97 | 3,354.77 | 1,506,478.30 | | | |
| 48 | 5/15/2024 | 9,645.74 | 6,276.99 | 3,368.75 | 1,503,109.55 | | | |
| 49 | 6/15/2024 | 9,645.74 | 6,262.96 | 3,382.78 | 1,499,726.77 | | | |
| 50 | 7/15/2024 | 9,645.74 | 6,248.86 | 3,396.88 | 1,496,329.89 | | | |
| 51 | 8/15/2024 | 9,645.74 | 6,234.71 | 3,411.03 | 1,492,918.86 | | | |
| 52 | 9/15/2024 | 9,645.74 | 6,220.50 | 3,425.24 | 1,489,493.62 | | | |
| 53 | 10/15/2024 | 9,645.74 | 6,206.22 | 3,439.52 | 1,486,054.10 | | | |
| 54 | 11/15/2024 | 9,645.74 | 6,191.89 | 3,453.85 | 1,482,600.25 | | | |
| 55 | 12/15/2024 | 9,645.74 | 6,177.50 | 3,468.24 | 1,479,132.01 | | | |
| 2024 Totals | | 115,748.88 | 75,066.80 | 40,682.08 | | | | |
| | | | | | | | | |
| 56 | 1/15/2025 | 9,645.74 | 6,163.05 | 3,482.69 | 1,475,649.32 | | | |
| 57 | 2/15/2025 | 9,645.74 | 6,148.54 | 3,497.20 | 1,472,152.12 | | | |
| 58 | 3/15/2025 | 9,645.74 | 6,133.97 | 3,511.77 | 1,468,640.35 | | | |
| 59 | 4/15/2025 | 9,645.74 | 6,119.33 | 3,526.41 | 1,465,113.94 | | | |
| 60 | 5/15/2025 | 9,645.74 | 6,104.64 | 3,541.10 | 1,461,572.84 | | | |
| 61 | 6/15/2025 | 9,645.74 | 6,089.89 | 3,555.85 | 1,458,016.99 | | | |
| 62 | 7/15/2025 | 9,645.74 | 6,075.07 | 3,570.67 | 1,454,446.32 | | | |
| 63 | 8/15/2025 | 9,645.74 | 6,060.19 | 3,585.55 | 1,450,860.77 | | | |
| 64 | 9/15/2025 | 9,645.74 | 6,045.25 | 3,600.49 | 1,447,260.28 | | | |
| 65 | 10/15/2025 | 9,645.74 | 6,030.25 | 3,615.49 | 1,443,644.79 | | | |
| 66 | 11/15/2025 | 9,645.74 | 6,015.19 | 3,630.55 | 1,440,014.24 | | | |
| 67 | 12/15/2025 | 9,645.74 | 6,000.06 | 3,645.68 | 1,436,368.56 | | | |
| 2025 Totals | | 115,748.88 | 72,985.43 | 42,763.45 | | | | |

| # | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 68 | 1/15/2026 | 9,645.74 | 5,984.87 | 3,660.87 | 1,432,707.69 |
| 69 | 2/15/2026 | 9,645.74 | 5,969.62 | 3,676.12 | 1,429,031.57 |
| 70 | 3/15/2026 | 9,645.74 | 5,954.30 | 3,691.44 | 1,425,340.13 |
| 71 | 4/15/2026 | 9,645.74 | 5,938.92 | 3,706.82 | 1,421,633.31 |
| 72 | 5/15/2026 | 9,645.74 | 5,923.47 | 3,722.27 | 1,417,911.04 |
| 73 | 6/15/2026 | 9,645.74 | 5,907.96 | 3,737.78 | 1,414,173.26 |
| 74 | 7/15/2026 | 9,645.74 | 5,892.39 | 3,753.35 | 1,410,419.91 |
| 75 | 8/15/2026 | 9,645.74 | 5,876.75 | 3,768.99 | 1,406,650.92 |
| 76 | 9/15/2026 | 9,645.74 | 5,861.05 | 3,784.69 | 1,402,866.23 |
| 77 | 10/15/2026 | 9,645.74 | 5,845.28 | 3,800.46 | 1,399,065.77 |
| 78 | 11/15/2026 | 9,645.74 | 5,829.44 | 3,816.30 | 1,395,249.47 |
| 79 | 12/15/2026 | 9,645.74 | 5,813.54 | 3,832.20 | 1,391,417.27 |
| 2026 Totals | | 115,748.88 | 70,797.59 | 44,951.29 | |
| 80 | 1/15/2027 | 9,645.74 | 5,797.57 | 3,848.17 | 1,387,569.10 |
| 81 | 2/15/2027 | 9,645.74 | 5,781.54 | 3,864.20 | 1,383,704.90 |
| 82 | 3/15/2027 | 9,645.74 | 5,765.44 | 3,880.30 | 1,379,824.60 |
| 83 | 4/15/2027 | 9,645.74 | 5,749.27 | 3,896.47 | 1,375,928.13 |
| 84 | 5/15/2027 | 9,645.74 | 5,733.03 | 3,912.71 | 1,372,015.42 |
| 85 | 6/15/2027 | 9,645.74 | 5,716.73 | 3,929.01 | 1,368,086.41 |
| 86 | 7/15/2027 | 9,645.74 | 5,700.36 | 3,945.38 | 1,364,141.03 |
| 87 | 8/15/2027 | 9,645.74 | 5,683.92 | 3,961.82 | 1,360,179.21 |
| 88 | 9/15/2027 | 9,645.74 | 5,667.41 | 3,978.33 | 1,356,200.88 |
| 89 | 10/15/2027 | 9,645.74 | 5,650.84 | 3,994.90 | 1,352,205.98 |
| 90 | 11/15/2027 | 9,645.74 | 5,634.19 | 4,011.55 | 1,348,194.43 |
| 91 | 12/15/2027 | 9,645.74 | 5,617.48 | 4,028.26 | 1,344,166.17 |
| 2027 Totals | | 115,748.88 | 68,497.78 | 47,251.10 | |
| 92 | 1/15/2028 | 9,645.74 | 5,600.69 | 4,045.05 | 1,340,121.12 |
| 93 | 2/15/2028 | 9,645.74 | 5,583.84 | 4,061.90 | 1,336,059.22 |
| 94 | 3/15/2028 | 9,645.74 | 5,566.91 | 4,078.83 | 1,331,980.39 |
| 95 | 4/15/2028 | 9,645.74 | 5,549.92 | 4,095.82 | 1,327,884.57 |
| 96 | 5/15/2028 | 9,645.74 | 5,532.85 | 4,112.89 | 1,323,771.68 |
| 97 | 6/15/2028 | 9,645.74 | 5,515.72 | 4,130.02 | 1,319,641.66 |
| 98 | 7/15/2028 | 9,645.74 | 5,498.51 | 4,147.23 | 1,315,494.43 |
| 99 | 8/15/2028 | 9,645.74 | 5,481.23 | 4,164.51 | 1,311,329.92 |
| 100 | 9/15/2028 | 9,645.74 | 5,463.87 | 4,181.87 | 1,307,148.05 |
| 101 | 10/15/2028 | 9,645.74 | 5,446.45 | 4,199.29 | 1,302,948.76 |
| 102 | 11/15/2028 | 9,645.74 | 5,428.95 | 4,216.79 | 1,298,731.97 |
| 103 | 12/15/2028 | 9,645.74 | 5,411.38 | 4,234.36 | 1,294,497.61 |
| 2028 Totals | | 115,748.88 | 66,080.32 | 49,668.56 | |
| 104 | 1/15/2029 | 9,645.74 | 5,393.74 | 4,252.00 | 1,290,245.61 |
| 105 | 2/15/2029 | 9,645.74 | 5,376.02 | 4,269.72 | 1,285,975.89 |
| 106 | 3/15/2029 | 9,645.74 | 5,358.23 | 4,287.51 | 1,281,688.38 |
| 107 | 4/15/2029 | 9,645.74 | 5,340.37 | 4,305.37 | 1,277,383.01 |
| 108 | 5/15/2029 | 9,645.74 | 5,322.43 | 4,323.31 | 1,273,059.70 |
| 109 | 6/15/2029 | 9,645.74 | 5,304.42 | 4,341.32 | 1,268,718.38 |
| 110 | 7/15/2029 | 9,645.74 | 5,286.33 | 4,359.41 | 1,264,358.97 |

| | | | | | |
|---|---|---|---|---|---|
| 111 | 8/15/2029 | 9,645.74 | 5,268.16 | 4,377.58 | 1,259,981.39 5/12/2020 5:51 PM Page 4 |
| 112 | 9/15/2029 | 9,645.74 | 5,249.92 | 4,395.82 | 1,255,585.57 |
| 113 | 10/15/2029 | 9,645.74 | 5,231.61 | 4,414.13 | 1,251,171.44 |
| 114 | 11/15/2029 | 9,645.74 | 5,213.21 | 4,432.53 | 1,246,738.91 |
| 115 | 12/15/2029 | 9,645.74 | 5,194.75 | 4,450.99 | 1,242,287.92 |
| 2029 Totals | | 115,748.88 | 63,539.19 | 52,209.69 | |
| | | | | | |
| 116 | 1/15/2030 | 9,645.74 | 5,176.20 | 4,469.54 | 1,237,818.38 |
| 117 | 2/15/2030 | 9,645.74 | 5,157.58 | 4,488.16 | 1,233,330.22 |
| 118 | 3/15/2030 | 9,645.74 | 5,138.88 | 4,506.86 | 1,228,823.36 |
| 119 | 4/15/2030 | 9,645.74 | 5,120.10 | 4,525.64 | 1,224,297.72 |
| 120 | 5/15/2030 | 9,645.74 | 5,101.24 | 4,544.50 | 1,219,753.22 |
| 121 | 6/15/2030 | 9,645.74 | 5,082.31 | 4,563.43 | 1,215,189.79 |
| 122 | 7/15/2030 | 9,645.74 | 5,063.29 | 4,582.45 | 1,210,607.34 |
| 123 | 8/15/2030 | 9,645.74 | 5,044.20 | 4,601.54 | 1,206,005.80 |
| 124 | 9/15/2030 | 9,645.74 | 5,025.02 | 4,620.72 | 1,201,385.08 |
| 125 | 10/15/2030 | 9,645.74 | 5,005.77 | 4,639.97 | 1,196,745.11 |
| 126 | 11/15/2030 | 9,645.74 | 4,986.44 | 4,659.30 | 1,192,085.81 |
| 127 | 12/15/2030 | 9,645.74 | 4,967.02 | 4,678.72 | 1,187,407.09 |
| 2030 Totals | | 115,748.88 | 60,868.05 | 54,880.83 | |
| | | | | | |
| 128 | 1/15/2031 | 9,645.74 | 4,947.53 | 4,698.21 | 1,182,708.88 |
| 129 | 2/15/2031 | 9,645.74 | 4,927.95 | 4,717.79 | 1,177,991.09 |
| 130 | 3/15/2031 | 9,645.74 | 4,908.30 | 4,737.44 | 1,173,253.65 |
| 131 | 4/15/2031 | 9,645.74 | 4,888.56 | 4,757.18 | 1,168,496.47 |
| 132 | 5/15/2031 | 9,645.74 | 4,868.74 | 4,777.00 | 1,163,719.47 |
| 133 | 6/15/2031 | 9,645.74 | 4,848.83 | 4,796.91 | 1,158,922.56 |
| 134 | 7/15/2031 | 9,645.74 | 4,828.84 | 4,816.90 | 1,154,105.66 |
| 135 | 8/15/2031 | 9,645.74 | 4,808.77 | 4,836.97 | 1,149,268.69 |
| 136 | 9/15/2031 | 9,645.74 | 4,788.62 | 4,857.12 | 1,144,411.57 |
| 137 | 10/15/2031 | 9,645.74 | 4,768.38 | 4,877.36 | 1,139,534.21 |
| 138 | 11/15/2031 | 9,645.74 | 4,748.06 | 4,897.68 | 1,134,636.53 |
| 139 | 12/15/2031 | 9,645.74 | 4,727.65 | 4,918.09 | 1,129,718.44 |
| 2031 Totals | | 115,748.88 | 58,060.23 | 57,688.65 | |
| | | | | | |
| 140 | 1/15/2032 | 9,645.74 | 4,707.16 | 4,938.58 | 1,124,779.86 |
| 141 | 2/15/2032 | 9,645.74 | 4,686.58 | 4,959.16 | 1,119,820.70 |
| 142 | 3/15/2032 | 9,645.74 | 4,665.92 | 4,979.82 | 1,114,840.88 |
| 143 | 4/15/2032 | 9,645.74 | 4,645.17 | 5,000.57 | 1,109,840.31 |
| 144 | 5/15/2032 | 9,645.74 | 4,624.33 | 5,021.41 | 1,104,818.90 |
| 145 | 6/15/2032 | 9,645.74 | 4,603.41 | 5,042.33 | 1,099,776.57 |
| 146 | 7/15/2032 | 9,645.74 | 4,582.40 | 5,063.34 | 1,094,713.23 |
| 147 | 8/15/2032 | 9,645.74 | 4,561.31 | 5,084.43 | 1,089,628.80 |
| 148 | 9/15/2032 | 9,645.74 | 4,540.12 | 5,105.62 | 1,084,523.18 |
| 149 | 10/15/2032 | 9,645.74 | 4,518.85 | 5,126.89 | 1,079,396.29 |
| 150 | 11/15/2032 | 9,645.74 | 4,497.48 | 5,148.26 | 1,074,248.03 |
| 151 | 12/15/2032 | 9,645.74 | 4,476.03 | 5,169.71 | 1,069,078.32 |
| 2032 Totals | | 115,748.88 | 55,108.76 | 60,640.12 | |

| # | Date | Payment | Interest | Principal | Balance | | | |
|---|------|--------:|---------:|----------:|--------:|---|---|---|
| 152 | 1/15/2033 | 9,645.74 | 4,454.49 | 5,191.25 | 1,063,887.07 | 5/12/2020 | 5:51 PM | Page 5 |
| 153 | 2/15/2033 | 9,645.74 | 4,432.86 | 5,212.88 | 1,058,674.19 | | | |
| 154 | 3/15/2033 | 9,645.74 | 4,411.14 | 5,234.60 | 1,053,439.59 | | | |
| 155 | 4/15/2033 | 9,645.74 | 4,389.33 | 5,256.41 | 1,048,183.18 | | | |
| 156 | 5/15/2033 | 9,645.74 | 4,367.43 | 5,278.31 | 1,042,904.87 | | | |
| 157 | 6/15/2033 | 9,645.74 | 4,345.44 | 5,300.30 | 1,037,604.57 | | | |
| 158 | 7/15/2033 | 9,645.74 | 4,323.35 | 5,322.39 | 1,032,282.18 | | | |
| 159 | 8/15/2033 | 9,645.74 | 4,301.18 | 5,344.56 | 1,026,937.62 | | | |
| 160 | 9/15/2033 | 9,645.74 | 4,278.91 | 5,366.83 | 1,021,570.79 | | | |
| 161 | 10/15/2033 | 9,645.74 | 4,256.54 | 5,389.20 | 1,016,181.59 | | | |
| 162 | 11/15/2033 | 9,645.74 | 4,234.09 | 5,411.65 | 1,010,769.94 | | | |
| 163 | 12/15/2033 | 9,645.74 | 4,211.54 | 5,434.20 | 1,005,335.74 | | | |
| 2033 Totals | | 115,748.88 | 52,006.30 | 63,742.58 | | | | |
| 164 | 1/15/2034 | 9,645.74 | 4,188.90 | 5,456.84 | 999,878.90 | | | |
| 165 | 2/15/2034 | 9,645.74 | 4,166.16 | 5,479.58 | 994,399.32 | | | |
| 166 | 3/15/2034 | 9,645.74 | 4,143.33 | 5,502.41 | 988,896.91 | | | |
| 167 | 4/15/2034 | 9,645.74 | 4,120.40 | 5,525.34 | 983,371.57 | | | |
| 168 | 5/15/2034 | 9,645.74 | 4,097.38 | 5,548.36 | 977,823.21 | | | |
| 169 | 6/15/2034 | 9,645.74 | 4,074.26 | 5,571.48 | 972,251.73 | | | |
| 170 | 7/15/2034 | 9,645.74 | 4,051.05 | 5,594.69 | 966,657.04 | | | |
| 171 | 8/15/2034 | 9,645.74 | 4,027.74 | 5,618.00 | 961,039.04 | | | |
| 172 | 9/15/2034 | 9,645.74 | 4,004.33 | 5,641.41 | 955,397.63 | | | |
| 173 | 10/15/2034 | 9,645.74 | 3,980.82 | 5,664.92 | 949,732.71 | | | |
| 174 | 11/15/2034 | 9,645.74 | 3,957.22 | 5,688.52 | 944,044.19 | | | |
| 175 | 12/15/2034 | 9,645.74 | 3,933.52 | 5,712.22 | 938,331.97 | | | |
| 2034 Totals | | 115,748.88 | 48,745.11 | 67,003.77 | | | | |
| 176 | 1/15/2035 | 9,645.74 | 3,909.72 | 5,736.02 | 932,595.95 | | | |
| 177 | 2/15/2035 | 9,645.74 | 3,885.82 | 5,759.92 | 926,836.03 | | | |
| 178 | 3/15/2035 | 9,645.74 | 3,861.82 | 5,783.92 | 921,052.11 | | | |
| 179 | 4/15/2035 | 9,645.74 | 3,837.72 | 5,808.02 | 915,244.09 | | | |
| 180 | 5/15/2035 | 9,645.74 | 3,813.52 | 5,832.22 | 909,411.87 | | | |
| 181 | 6/15/2035 | 9,645.74 | 3,789.22 | 5,856.52 | 903,555.35 | | | |
| 182 | 7/15/2035 | 9,645.74 | 3,764.81 | 5,880.93 | 897,674.42 | | | |
| 183 | 8/15/2035 | 9,645.74 | 3,740.31 | 5,905.43 | 891,768.99 | | | |
| 184 | 9/15/2035 | 9,645.74 | 3,715.70 | 5,930.04 | 885,838.95 | | | |
| 185 | 10/15/2035 | 9,645.74 | 3,691.00 | 5,954.74 | 879,884.21 | | | |
| 186 | 11/15/2035 | 9,645.74 | 3,666.18 | 5,979.56 | 873,904.65 | | | |
| 187 | 12/15/2035 | 9,645.74 | 3,641.27 | 6,004.47 | 867,900.18 | | | |
| 2035 Totals | | 115,748.88 | 45,317.09 | 70,431.79 | | | | |
| 188 | 1/15/2036 | 9,645.74 | 3,616.25 | 6,029.49 | 861,870.69 | | | |
| 189 | 2/15/2036 | 9,645.74 | 3,591.13 | 6,054.61 | 855,816.08 | | | |
| 190 | 3/15/2036 | 9,645.74 | 3,565.90 | 6,079.84 | 849,736.24 | | | |
| 191 | 4/15/2036 | 9,645.74 | 3,540.57 | 6,105.17 | 843,631.07 | | | |
| 192 | 5/15/2036 | 9,645.74 | 3,515.13 | 6,130.61 | 837,500.46 | | | |
| 193 | 6/15/2036 | 9,645.74 | 3,489.59 | 6,156.15 | 831,344.31 | | | |
| 194 | 7/15/2036 | 9,645.74 | 3,463.93 | 6,181.81 | 825,162.50 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 195 | 8/15/2036 | 9,645.74 | 3,438.18 | 6,207.56 | 818,954.94 5/12/2020 5:51 PM Page 6 |
| 196 | 9/15/2036 | 9,645.74 | 3,412.31 | 6,233.43 | 812,721.51 |
| 197 | 10/15/2036 | 9,645.74 | 3,386.34 | 6,259.40 | 806,462.11 |
| 198 | 11/15/2036 | 9,645.74 | 3,360.26 | 6,285.48 | 800,176.63 |
| 199 | 12/15/2036 | 9,645.74 | 3,334.07 | 6,311.67 | 793,864.96 |
| 2036 Totals | | 115,748.88 | 41,713.66 | 74,035.22 | |
| | | | | | |
| 200 | 1/15/2037 | 9,645.74 | 3,307.77 | 6,337.97 | 787,526.99 |
| 201 | 2/15/2037 | 9,645.74 | 3,281.36 | 6,364.38 | 781,162.61 |
| 202 | 3/15/2037 | 9,645.74 | 3,254.84 | 6,390.90 | 774,771.71 |
| 203 | 4/15/2037 | 9,645.74 | 3,228.22 | 6,417.52 | 768,354.19 |
| 204 | 5/15/2037 | 9,645.74 | 3,201.48 | 6,444.26 | 761,909.93 |
| 205 | 6/15/2037 | 9,645.74 | 3,174.62 | 6,471.12 | 755,438.81 |
| 206 | 7/15/2037 | 9,645.74 | 3,147.66 | 6,498.08 | 748,940.73 |
| 207 | 8/15/2037 | 9,645.74 | 3,120.59 | 6,525.15 | 742,415.58 |
| 208 | 9/15/2037 | 9,645.74 | 3,093.40 | 6,552.34 | 735,863.24 |
| 209 | 10/15/2037 | 9,645.74 | 3,066.10 | 6,579.64 | 729,283.60 |
| 210 | 11/15/2037 | 9,645.74 | 3,038.68 | 6,607.06 | 722,676.54 |
| 211 | 12/15/2037 | 9,645.74 | 3,011.15 | 6,634.59 | 716,041.95 |
| 2037 Totals | | 115,748.88 | 37,925.87 | 77,823.01 | |
| | | | | | |
| 212 | 1/15/2038 | 9,645.74 | 2,983.51 | 6,662.23 | 709,379.72 |
| 213 | 2/15/2038 | 9,645.74 | 2,955.75 | 6,689.99 | 702,689.73 |
| 214 | 3/15/2038 | 9,645.74 | 2,927.87 | 6,717.87 | 695,971.86 |
| 215 | 4/15/2038 | 9,645.74 | 2,899.88 | 6,745.86 | 689,226.00 |
| 216 | 5/15/2038 | 9,645.74 | 2,871.78 | 6,773.96 | 682,452.04 |
| 217 | 6/15/2038 | 9,645.74 | 2,843.55 | 6,802.19 | 675,649.85 |
| 218 | 7/15/2038 | 9,645.74 | 2,815.21 | 6,830.53 | 668,819.32 |
| 219 | 8/15/2038 | 9,645.74 | 2,786.75 | 6,858.99 | 661,960.33 |
| 220 | 9/15/2038 | 9,645.74 | 2,758.17 | 6,887.57 | 655,072.76 |
| 221 | 10/15/2038 | 9,645.74 | 2,729.47 | 6,916.27 | 648,156.49 |
| 222 | 11/15/2038 | 9,645.74 | 2,700.65 | 6,945.09 | 641,211.40 |
| 223 | 12/15/2038 | 9,645.74 | 2,671.71 | 6,974.03 | 634,237.37 |
| 2038 Totals | | 115,748.88 | 33,944.30 | 81,804.58 | |
| | | | | | |
| 224 | 1/15/2039 | 9,645.74 | 2,642.66 | 7,003.08 | 627,234.29 |
| 225 | 2/15/2039 | 9,645.74 | 2,613.48 | 7,032.26 | 620,202.03 |
| 226 | 3/15/2039 | 9,645.74 | 2,584.18 | 7,061.56 | 613,140.47 |
| 227 | 4/15/2039 | 9,645.74 | 2,554.75 | 7,090.99 | 606,049.48 |
| 228 | 5/15/2039 | 9,645.74 | 2,525.21 | 7,120.53 | 598,928.95 |
| 229 | 6/15/2039 | 9,645.74 | 2,495.54 | 7,150.20 | 591,778.75 |
| 230 | 7/15/2039 | 9,645.74 | 2,465.74 | 7,180.00 | 584,598.75 |
| 231 | 8/15/2039 | 9,645.74 | 2,435.83 | 7,209.91 | 577,388.84 |
| 232 | 9/15/2039 | 9,645.74 | 2,405.79 | 7,239.95 | 570,148.89 |
| 233 | 10/15/2039 | 9,645.74 | 2,375.62 | 7,270.12 | 562,878.77 |
| 234 | 11/15/2039 | 9,645.74 | 2,345.33 | 7,300.41 | 555,578.36 |
| 235 | 12/15/2039 | 9,645.74 | 2,314.91 | 7,330.83 | 548,247.53 |
| 2039 Totals | | 115,748.88 | 29,759.04 | 85,989.84 | |

| | | | | | |
|---|---|---|---|---|---|
| 236 | 1/15/2040 | 9,645.74 | 2,284.36 | 7,361.38 | 540,886.15 5/12/2020 5:51 PM Page 7 |
| 237 | 2/15/2040 | 9,645.74 | 2,253.69 | 7,392.05 | 533,494.10 |
| 238 | 3/15/2040 | 9,645.74 | 2,222.89 | 7,422.85 | 526,071.25 |
| 239 | 4/15/2040 | 9,645.74 | 2,191.96 | 7,453.78 | 518,617.47 |
| 240 | 5/15/2040 | 9,645.74 | 2,160.91 | 7,484.83 | 511,132.64 |
| 241 | 6/15/2040 | 9,645.74 | 2,129.72 | 7,516.02 | 503,616.62 |
| 242 | 7/15/2040 | 9,645.74 | 2,098.40 | 7,547.34 | 496,069.28 |
| 243 | 8/15/2040 | 9,645.74 | 2,066.96 | 7,578.78 | 488,490.50 |
| 244 | 9/15/2040 | 9,645.74 | 2,035.38 | 7,610.36 | 480,880.14 |
| 245 | 10/15/2040 | 9,645.74 | 2,003.67 | 7,642.07 | 473,238.07 |
| 246 | 11/15/2040 | 9,645.74 | 1,971.83 | 7,673.91 | 465,564.16 |
| 247 | 12/15/2040 | 9,645.74 | 1,939.85 | 7,705.89 | 457,858.27 |
| 2040 Totals | | 115,748.88 | 25,359.62 | 90,389.26 | |
| | | | | | |
| 248 | 1/15/2041 | 9,645.74 | 1,907.74 | 7,738.00 | 450,120.27 |
| 249 | 2/15/2041 | 9,645.74 | 1,875.50 | 7,770.24 | 442,350.03 |
| 250 | 3/15/2041 | 9,645.74 | 1,843.13 | 7,802.61 | 434,547.42 |
| 251 | 4/15/2041 | 9,645.74 | 1,810.61 | 7,835.13 | 426,712.29 |
| 252 | 5/15/2041 | 9,645.74 | 1,777.97 | 7,867.77 | 418,844.52 |
| 253 | 6/15/2041 | 9,645.74 | 1,745.19 | 7,900.55 | 410,943.97 |
| 254 | 7/15/2041 | 9,645.74 | 1,712.27 | 7,933.47 | 403,010.50 |
| 255 | 8/15/2041 | 9,645.74 | 1,679.21 | 7,966.53 | 395,043.97 |
| 256 | 9/15/2041 | 9,645.74 | 1,646.02 | 7,999.72 | 387,044.25 |
| 257 | 10/15/2041 | 9,645.74 | 1,612.68 | 8,033.06 | 379,011.19 |
| 258 | 11/15/2041 | 9,645.74 | 1,579.21 | 8,066.53 | 370,944.66 |
| 259 | 12/15/2041 | 9,645.74 | 1,545.60 | 8,100.14 | 362,844.52 |
| 2041 Totals | | 115,748.88 | 20,735.13 | 95,013.75 | |
| | | | | | |
| 260 | 1/15/2042 | 9,645.74 | 1,511.85 | 8,133.89 | 354,710.63 |
| 261 | 2/15/2042 | 9,645.74 | 1,477.96 | 8,167.78 | 346,542.85 |
| 262 | 3/15/2042 | 9,645.74 | 1,443.93 | 8,201.81 | 338,341.04 |
| 263 | 4/15/2042 | 9,645.74 | 1,409.75 | 8,235.99 | 330,105.05 |
| 264 | 5/15/2042 | 9,645.74 | 1,375.44 | 8,270.30 | 321,834.75 |
| 265 | 6/15/2042 | 9,645.74 | 1,340.98 | 8,304.76 | 313,529.99 |
| 266 | 7/15/2042 | 9,645.74 | 1,306.37 | 8,339.37 | 305,190.62 |
| 267 | 8/15/2042 | 9,645.74 | 1,271.63 | 8,374.11 | 296,816.51 |
| 268 | 9/15/2042 | 9,645.74 | 1,236.74 | 8,409.00 | 288,407.51 |
| 269 | 10/15/2042 | 9,645.74 | 1,201.70 | 8,444.04 | 279,963.47 |
| 270 | 11/15/2042 | 9,645.74 | 1,166.51 | 8,479.23 | 271,484.24 |
| 271 | 12/15/2042 | 9,645.74 | 1,131.18 | 8,514.56 | 262,969.68 |
| 2042 Totals | | 115,748.88 | 15,874.04 | 99,874.84 | |
| | | | | | |
| 272 | 1/15/2043 | 9,645.74 | 1,095.71 | 8,550.03 | 254,419.65 |
| 273 | 2/15/2043 | 9,645.74 | 1,060.08 | 8,585.66 | 245,833.99 |
| 274 | 3/15/2043 | 9,645.74 | 1,024.31 | 8,621.43 | 237,212.56 |
| 275 | 4/15/2043 | 9,645.74 | 988.39 | 8,657.35 | 228,555.21 |
| 276 | 5/15/2043 | 9,645.74 | 952.31 | 8,693.43 | 219,861.78 |
| 277 | 6/15/2043 | 9,645.74 | 916.09 | 8,729.65 | 211,132.13 |
| 278 | 7/15/2043 | 9,645.74 | 879.72 | 8,766.02 | 202,366.11 |

| # | Date | Payment | Interest | Principal | Balance |
|---|------|---------|----------|-----------|---------|
| 279 | 8/15/2043 | 9,645.74 | 843.19 | 8,802.55 | 193,563.56 |
| 280 | 9/15/2043 | 9,645.74 | 806.51 | 8,839.23 | 184,724.33 |
| 281 | 10/15/2043 | 9,645.74 | 769.68 | 8,876.06 | 175,848.27 |
| 282 | 11/15/2043 | 9,645.74 | 732.70 | 8,913.04 | 166,935.23 |
| 283 | 12/15/2043 | 9,645.74 | 695.56 | 8,950.18 | 157,985.05 |
| 2043 Totals | | 115,748.88 | 10,764.25 | 104,984.63 | |
| | | | | | |
| 284 | 1/15/2044 | 9,645.74 | 658.27 | 8,987.47 | 148,997.58 |
| 285 | 2/15/2044 | 9,645.74 | 620.82 | 9,024.92 | 139,972.66 |
| 286 | 3/15/2044 | 9,645.74 | 583.22 | 9,062.52 | 130,910.14 |
| 287 | 4/15/2044 | 9,645.74 | 545.46 | 9,100.28 | 121,809.86 |
| 288 | 5/15/2044 | 9,645.74 | 507.54 | 9,138.20 | 112,671.66 |
| 289 | 6/15/2044 | 9,645.74 | 469.47 | 9,176.27 | 103,495.39 |
| 290 | 7/15/2044 | 9,645.74 | 431.23 | 9,214.51 | 94,280.88 |
| 291 | 8/15/2044 | 9,645.74 | 392.84 | 9,252.90 | 85,027.98 |
| 292 | 9/15/2044 | 9,645.74 | 354.28 | 9,291.46 | 75,736.52 |
| 293 | 10/15/2044 | 9,645.74 | 315.57 | 9,330.17 | 66,406.35 |
| 294 | 11/15/2044 | 9,645.74 | 276.69 | 9,369.05 | 57,037.30 |
| 295 | 12/15/2044 | 9,645.74 | 237.66 | 9,408.08 | 47,629.22 |
| 2044 Totals | | 115,748.88 | 5,393.05 | 110,355.83 | |
| | | | | | |
| 296 | 1/15/2045 | 9,645.74 | 198.46 | 9,447.28 | 38,181.94 |
| 297 | 2/15/2045 | 9,645.74 | 159.09 | 9,486.65 | 28,695.29 |
| 298 | 3/15/2045 | 9,645.74 | 119.56 | 9,526.18 | 19,169.11 |
| 299 | 4/15/2045 | 9,645.74 | 79.87 | 9,565.87 | 9,603.24 |
| 300 | 5/15/2045 | 9,645.74 | 40.01 | 9,605.73 | 2.49- |
| 301 | 6/15/2045 | 0.00 | 2.49 | 2.49- | 0.00 |
| 2045 Totals | | 48,228.70 | 599.48 | 47,629.22 | |
| | | | | | |
| Grand Totals | | 2,893,722.00 | 1,243,722.00 | 1,650,000.00 | |

Last interest amount increased by 2.50 due to rounding.

Cash Flows Actual & Projection

| | April 30, 2019 | May 31, 2019 | June 30, 2019 |
|---|---|---|---|
| **Cash Flows From Operating Activities** | | | |
| Cash received from membership | $ 91,140 | $ 95,073 | $ 64,898 |
| Cash received from camps and classes | 12,750 | 10,607 | 61,306 |
| Cash received from daycare | 64,179 | 54,402 | 25,324 |
| Cash received from contributions | 107 | 161,920 | 13,388 |
| Cash received from building rental | 1,931 | 660 | 210 |
| Cash received from others | 6,378 | 5,309 | 3,932 |
| Cash paid to employees | (98,586) | (104,046) | (115,429) |
| Cash paid for operating activities | (51,074) | (55,515) | (76,015) |
| Net Cash Provided by (Used by) Operating Activities | 26,825 | 168,410 | (22,386) |
| | | | |
| **Cash Flows From Investing Activities** | | | |
| Purchase and repair of capital assets | (1) | 1 | (9,440) |
| Proceeds from sale of fixed assets | - | - | - |
| Change in certificates of deposit | - | - | (2,442) |
| Change in bond reserve accounts | (1,570) | (50,594) | (884) |
| Change in restricted investments | 1,570 | 1,524 | 4,076 |
| Net Cash Provided by (Used by) Investing Activities | (1) | (49,069) | (8,690) |
| | | | |
| **Cash Flows From Financing Activities** | | | |
| Principal paid on capital lease obligations - building | - | - | - |
| Principal paid on capital lease obligations - equipment | - | - | - |
| Proceeds from SBA loan (forgivable) | - | - | - |
| Proceeds from note payable (debt reduction) | - | - | - |
| Interest paid on debt | - | - | - |
| Net Cash Provided by (Used by) Financing Activities | - | - | - |
| | | | |
| Net Increase (Decrease) In Cash | 26,824 | 119,341 | (31,076) |
| | | | |
| Cash and Cash Equivalents, Beginning of Period | 29,762 | 56,586 | 175,927 |
| | | | |
| Cash and Cash Equivalents, End of Period | $ 56,586 | $ 175,927 | $ 144,851 |

| | July 31, 2019 | August 31, 2019 | September 30, 2019 | October 31, 2019 | November 30, 2019 | December 31, 2019 |
|---|---|---|---|---|---|---|
| | $ 61,448 | $ 99,130 | $ 89,943 | $ 85,657 | $ 96,322 | $ 86,849 |
| | 64,277 | 2,538 | (5,636) | 1,575 | 3,547 | 1,948 |
| | 28,557 | 55,087 | 49,627 | 55,097 | 29,274 | 41,127 |
| | 35,808 | 20,244 | 549 | 14,001 | 1,831 | 4,079 |
| | 810 | 1,041 | 560 | 1,750 | 635 | 1,410 |
| | 1,350 | 1,942 | 2,544 | 6,071 | 190 | 5,475 |
| | (112,666) | (108,684) | (95,890) | (87,469) | (98,796) | (83,372) |
| | (65,045) | (109,456) | (50,714) | (74,124) | (76,034) | (71,942) |
| | 14,539 | (38,158) | (9,017) | 2,558 | (43,031) | (14,426) |
| | (529) | - | (1) | - | (5,495) | - |
| | - | - | - | 768 | - | - |
| | 200,482 | 431,334 | (1,043) | (717) | (657) | (1,043) |
| | (1,589) | 1,642 | (691) | 717 | 658 | (562) |
| | 1,704 | | 2,483 | | | 4,382 |
| | 200,068 | 432,976 | 748 | 768 | (5,494) | 2,777 |
| | - | (265,000) | - | - | - | - |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| | - | - | - | - | - | 1,660 |
| | - | (167,975) | - | - | - | 1,660 |
| | - | (432,975) | - | - | - | |
| | 214,607 | (38,157) | (8,269) | 3,326 | (48,525) | (9,989) |
| | 144,851 | 359,458 | 321,301 | 313,032 | 316,358 | 267,833 |
| | 359,458 | 321,301 | 313,032 | 316,358 | 267,833 | 257,844 |
| | $ 359,458 | $ 321,301 | $ 313,032 | $ 316,358 | $ 267,833 | $ 257,844 |

| | January 31, 2020 | February 28, 2020 | March 31, 2020 | April 30, 2020 | May 31, 2020 | June 30, 2020 |
|---|---|---|---|---|---|---|
| | $ 86,300 | $ 89,499 | $ 74,239 | $ 56,311 | $ 70,671 | $ 41,900 |
| | 3,332 | 2,490 | 4,329 | - | 10,000 | 50,000 |
| | 46,012 | 43,183 | 35,839 | 972 | 45,353 | 20,000 |
| | 17,281 | 351 | 2,736 | 16,065 | 13,564 | 12,000 |
| | 1,660 | 2,185 | 1,974 | (100) | 1,000 | 1,000 |
| | 21,923 | 191 | 2,941 | 1,199 | 10,025 | 10,025 |
| | (78,773) | (92,736) | (89,118) | (50,049) | (75,891) | (102,875) |
| | (61,239) | (62,532) | (57,382) | (91,174) | (68,046) | (50,000) |
| | 36,496 | (17,369) | (24,442) | (66,776) | 6,676 | (17,950) |
| | - | - | - | - | (93,814) | (21,250) |
| | - | - | - | - | - | - |
| | - | (1,136) | 162,244 | - | - | - |
| | - | 1,137 | 5,290 | - | 142 | 275,318 |
| | - | 1 | 167,534 | - | (93,672) | 254,068 |
| | - | - | (162,013) | - | 162,013 | 2,771 |
| | - | - | - | 226,000 | - | - |
| | - | - | - | - | - | - |
| | - | - | - | - | (108,009) | 6,875 |
| | - | - | (162,013) | 226,000 | 54,004 | 9,646 |
| | 36,496 | (17,368) | (18,921) | 159,224 | (32,992) | 245,764 |
| | 257,844 | 294,340 | 276,972 | 258,051 | 417,275 | 384,283 |
| | $ 294,340 | $ 276,972 | $ 258,051 | $ 417,275 | $ 384,283 | $ 630,047 |

| | July 31, 2020 | August 31, 2020 | September 30, 2020 | October 31, 2020 | November 30, 2020 | December 31, 2020 |
|---|---|---|---|---|---|---|
| | $ 26,900 | $ 49,900 | $ 69,900 | $ 69,900 | $ 99,900 | $ 59,900 |
| | 75,000 | 2,000 | 500 | 500 | 500 | 500 |
| | 20,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |
| | 12,000 | 12,000 | 52,000 | 12,000 | 12,000 | 12,000 |
| | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| | 10,025 | 10,025 | 10,025 | 10,025 | 10,025 | 10,025 |
| | (102,875) | (86,375) | (86,375) | (86,375) | (86,375) | (86,375) |
| | (50,000) | (90,000) | (60,000) | (60,000) | (60,000) | (60,000) |
| | (7,950) | (61,450) | 27,050 | (12,950) | 17,050 | (22,950) |
| | (21,250) | (21,250) | (21,250) | (21,250) | (21,250) | (21,250) |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| | - | 3,064 | - | - | - | - |
| | (21,250) | (18,186) | (21,250) | (21,250) | (21,250) | (21,250) |
| | 2,782 | 2,794 | 2,806 | 2,817 | 2,829 | 2,841 |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| | 6,864 | 6,852 | 6,840 | 6,829 | 6,817 | 6,805 |
| | 9,646 | 9,646 | 9,646 | 9,646 | 9,646 | 9,646 |
| | (19,554) | (69,990) | 15,446 | (24,554) | 5,446 | (34,554) |
| | 630,047 | 610,493 | 540,503 | 555,949 | 531,395 | 536,841 |
| | $ 610,493 | $ 540,503 | $ 555,949 | $ 531,395 | $ 536,841 | $ 502,287 |

| | January 31, 2021 | February 28, 2021 | March 31, 2021 | April 30, 2021 | May 31, 2021 | June 30, 2021 |
|---|---|---|---|---|---|---|
| | $ 92,100 | $ 80,100 | $ 80,100 | $ 80,100 | $ 80,100 | $ 37,100 |
| | 3,000 | 3,000 | 5,000 | 10,000 | 10,000 | 50,000 |
| | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 20,000 |
| | 15,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| | 1,000 | 1,000 | 1,500 | 1,500 | 1,000 | 1,000 |
| | 10,025 | 10,025 | 10,025 | 10,025 | 10,025 | 10,025 |
| | (80,875) | (86,375) | (86,375) | (86,375) | (86,375) | (102,875) |
| | (60,000) | (60,000) | (60,000) | (60,000) | (50,000) | (50,000) |
| | 20,250 | (250) | 2,250 | 7,250 | 16,750 | (22,750) |
| | (21,250) | (21,250) | (21,250) | (21,250) | (21,250) | (21,250) |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| | (21,250) | (21,250) | (21,250) | (21,250) | (21,250) | (21,250) |
| | 2,853 | 2,864 | 2,876 | 2,889 | 2,900 | 2,913 |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| | 6,793 | 6,782 | 6,770 | 6,757 | 6,746 | 6,733 |
| | 9,646 | 9,646 | 9,646 | 9,646 | 9,646 | 9,646 |
| | 8,646 | (11,854) | (9,354) | (4,354) | 5,146 | (34,354) |
| | 502,287 | 510,933 | 499,079 | 489,725 | 485,371 | 490,517 |
| | $ 510,933 | $ 499,079 | $ 489,725 | $ 485,371 | $ 490,517 | $ 456,163 |

| | July 31, 2021 | August 31, 2021 | September 30, 2021 | October 31, 2021 | November 30, 2021 | December 31, 2021 |
|---|---|---|---|---|---|---|
| | $ 27,100 | $ 70,100 | $ 90,100 | $ 90,100 | $ 120,100 | $ 70,100 |
| | 75,000 | 2,000 | 500 | 500 | 500 | 500 |
| | 20,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 |
| | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| | 10,025 | 10,025 | 10,025 | 10,025 | 10,025 | 10,025 |
| | (102,875) | (86,375) | (86,375) | (86,375) | (86,375) | (86,375) |
| | (50,000) | (90,000) | (60,000) | (60,000) | (60,000) | (60,000) |
| | (7,750) | (41,250) | 7,250 | 7,250 | 37,250 | (12,750) |
| | (21,250) | (21,250) | (21,250) | (21,250) | (21,250) | (21,250) |
| | 229,645 | - | - | - | - | - |
| | - | - | - | - | - | - |
| | 208,395 | (21,250) | (21,250) | (21,250) | (21,250) | (21,250) |
| | 2,924 | 2,937 | 2,949 | 2,962 | 2,973 | 2,986 |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |
| | 6,722 | 6,709 | 6,697 | 6,684 | 6,673 | 6,660 |
| | 9,646 | 9,646 | 9,646 | 9,646 | 9,646 | 9,646 |
| | 210,291 | (52,854) | (4,354) | (4,354) | 25,646 | (24,354) |
| | 456,163 | 666,454 | 613,600 | 609,246 | 604,892 | 630,538 |
| | $ 666,454 | $ 613,600 | $ 609,246 | $ 604,892 | $ 630,538 | $ 606,184 |