HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
316.267.2000 / 316.264.1518 fax

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE YOUNG MEN'S CHRISTIAN | ) | Case No. 20-20786 |
| ASSOCIATION OF TOPEKA, KANSAS | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession | ) | |

## DEBTOR'S SUBCHAPTER V – SMALL BUSINESS
## DEBTOR REORGANIZATON PLAN
## DATED JULY 15, 2020

The debtor, The Young Men's Christian Association of Topeka, Kansas ("Debtor" or "Topeka Y"), a 501(c)(3) corporation, proposes this Plan of Reorganization ("Plan") pursuant to Subchapter V – Small Business Debtor Reorganization Act, Pub. L. 116-54 (as amended). The general provisions of this provision of the United States Bankruptcy Code ("Bankruptcy Code") are contained in 11 U.S.C. §1181, *et seq*.

## ARTICLE 1
## PROPONENTS

The proponent, the Debtor, proposes its plan of adjustment of its debt pursuant to Subchapter V – Small Business Debtor Reorganization of Title 11 of the United States Bankruptcy Code. All terms shall have the same definitions used in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

## ARTICLE 2
## SUBMISSION OF INCOME

Except as specifically provided herein, the Debtor shall pay to its creditors such portion of its earnings and other future income as is necessary for the execution of this Plan for a 3-year period of time as is required under 11 U.S.C. §1191(c)(2)(A). In no event, however, shall the portion of the Debtor's earnings and other future income paid pursuant to this Plan be less than the projected disposable income of the Debtor for the 3-year period of time. The payments to creditors will be made as hereinafter provided in the attached exhibits.

To the extent Plan provisions provide for an amortization of greater than 3 years for secured creditors, the first three (3) years of the payment(s) to the secured creditor(s) shall be paid through the Plan, potentially utilizing the services of the Subchapter V Small Business

1

Trustee ("Trustee") as authorized under 11 U.S.C. §1183, and after the 3-year period, the payment(s) shall be made directly by the reorganized Debtor.

## ARTICLE 3
## VALUE OF PROPERTY TO BE DISTRIBUTED

The value of property to be distributed in the 3-year period under this Plan beginning on the date in which the first distribution is due under the Plan is not less than the projected disposable income of the Debtor pursuant to 11 U.S.C. §1191(c)(2)(B), nor less than the value of the unencumbered assets free of liens.

## ARTICLE 4
## FEASIBILITY

The Debtor asserts that it will be able to make all payments under the Plan and it will not be required to liquidate nonexempt assets to protect the holders of claims or the interest as is required under 11 U.S.C. §1191(c)(3).

## ARTICLE 5
## PAYMENTS TO CREDITORS

To the extent that this is a consensual Plan approved in advance by the Debtor's creditors, the Debtor shall make such payments directly to the creditors and the Trustee shall be discharged or terminated from all required duties.

In the event that this Plan is confirmed on an nonconsensual basis, payments shall be made to the Trustee to be distributed in accordance with this Plan under 11 U.S.C. §1194. It is not anticipated that there will be payments to the Trustee prior to confirmation of this Plan.

At the conclusion of the 3-year Plan period, the Trustee's services shall terminate, the Debtor discharged under 11 U.S.C. §1192 and the case closed.

## ARTICLE 6
## PROPERTY OF THE ESTATE

Upon confirmation of the Debtor's Plan, property of the estate shall include, in addition to the property specified in 11 U.S.C. §541:

    a.    All property that the Debtor acquires after the commencement of the case, but before the case is closed, dismissed or converted;

    b.    Earnings from services performed by the Debtor after the commencement of the case, but before the case is closed, dismissed or converted.

2

## ARTICLE 7
## VESTING OF ASSETS

Upon confirmation of this Plan, the Debtor shall remain in possession of all property of the estate. However, the property will vest in the Debtor free and clear of all liens and encumbrances, except as set forth herein for those creditor(s) who hold non-avoidable secured liens upon the Debtor's property and whose amortization of debt period exceeds the 3-year Plan period.

## ARTICLE 8
## EXEMPTION FROM TRANSFER TAXES

Under, and to the fullest extent permitted by 11 U.S.C. §1146(a) of the Bankruptcy Code, the making or delivery of any instrument whatsoever in furtherance of or in connection with the Plan will not be subject to any document recording tax, stamp tax, conveyance fee, mortgage tax, real estate transfer tax, mortgage recording tax, filing or recording fee, or other similar tax or governmental assessments.

## ARTICLE 9
## PRIORITY CREDITORS

Creditors holding claims entitled to priority under 11 U.S.C. §507 shall be paid in full in cash payments as set out in **Exhibit A(1)** attached hereto within sixty (60) days of confirmation.

## ARTICLE 10
## CLASSIFICATION AND TREATMENT OF SECURED CREDITORS

Creditors holding claims secured in part or in full by an interest in property of the estate shall be classified and treated as set forth in **Exhibit A(2)** attached hereto. In all cases, the Debtor has established the value of each secured creditor's claim based upon the values set forth in the Liquidation Analysis.

## ARTICLE 11
## CLASSIFICATION AND TREATMENT OF UNSECURED CREDITORS

Creditors holding unsecured claims (including the unsecured claims of under-secured creditors), except those entitled to priority under 11 U.S.C. §507, shall be classified and treated as set out in **Exhibit A(3)** attached hereto.

## ARTICLE 12
## OBJECTIONS TO CLAIMS

From and after the Effective Date (which is defined as thirty (30) days after the entry of the order confirming the Plan), both the Debtor and Trustee will have authority to file, settle, compromise, withdraw or litigate to judgment objections to claims. The Trustee will have standing to file objections to such claims even if such claims were scheduled by the Debtor as

3

undisputed, liquidated and non-contingent. The Trustee will file objections to such claims no later than ninety (90) days after the Effective Date (unless extended by an order of the Bankruptcy Court); provided, however, that the Trustee may file objections to such claims within 90 days of the filing of an amended claim.

If the Trustee objected to a claim, payment will be withheld only with respect to the amount actually in dispute, and such objection will not affect payments or distributions under the Plan on the undisputed portion of the claim.

## ARTICLE 13
## INJUNCTION

EXCEPT AS OTHERWISE PROVIDED IN THE PLAN OR THE CONFIRMATION ORDER, ON AND AFTER THE CONFIRMATION DATE, EXCEPT AS OTHERWISE SET FORTH IN THE PLAN, ALL PERSONS AND ENTITIES WHO HAVE HELD, HOLD OR MAY HOLD LIENS, CLAIMS OR INTERESTS IN OR AGAINST THE DEBTOR ARE, WITH RESPECT TO OR ON ACCOUNT OF ANY SUCH LIENS, CLAIM OR INTERESTS, ENJOINED FROM: (I) COMMENCING, CONDUCTING OR CONTINUING IN ANY MANNER, DIRECTLY OR INDIRECTLY, ANY SUIT, ACTION OR OTHER PROCEEDING OF ANY KIND (INCLUDING, WITHOUT LIMITATION, ANY PROCEEDING IN A JUDICIAL, ARBITRAL, ADMINISTRATIVE OR OTHER FORUM) AGAINST OR AFFECTING THE DEBTOR OR ITS PROPERTY, DIRECT OR INDIRECT TRANSFEREES, DIRECT OR INDIRECT SUCCESSORS IN INTEREST, REPRESENTATIVES, AGENTS, OR PROFESSIONALS; (II) ENFORCING AGAINST, LEVING UPON OR ATTACHING (INLCUDING, WITHOUT LIMITATION, ANY PREJUDGMENT ATTACHMENT) THE DEBTOR OR ITS PROPERTY, DIRECT OR INDIRECT TRANSFEREES, DIRECT OR INDIRECT SUCCESSORS IN INTEREST, REPRESENTATIVES, AGENTS, OR PROFESSIONALS; (III) ENFORCING, LEVYING, ATTACHING (INCLUDING, WITHOUT LIMITATION, ANY PREJUDGMENT ATTACHMENT), COLLECTING OR OTHERWISE RECOVERING BY ANY MANNER OR MEANS WHETHER DIRECTLY OR INDIRECTLY, OF ANY JUDGMENT, AWARD, DECREE, CLAIM OR ORDER AGAINST THE DEBTOR OR ITS PROPERTY, DIRECT OR INDIRECT TRANSFEREES, DIRECT OR INDIRECT SUCCESSORS IN INTEREST, REPRESENTATIVES, AGENTS OR PROFESSIONALS; (IV) CREATING, PERFECTING OR OTHERWISE ENFORCING IN ANY MANNER, DIRECTLY OR INDIRECTLY, ANY LIENS, CLAIMS OR INTERESTS OF ANY KIND AGAINST OR IN THE DEBTOR OR ANY OF ITS PROPERTY, DIRECT OR INDIRECT TRANSFEREES, DIRECT OR INDIRECT SUCCESSORS IN INTEREST, REPRESENTATIVES, AGENTS OR PROFESSIONALS; (V) OTHER THAN AS OTHERWISE EXPRESSLY PROVIDED FOR IN THE PLAN, ASSERTING ANY RIGHT OF SETOFF, SUBORDINATION OR RECOUPMENT OF ANY KIND, DIRECTLY OR INDIRECTLY, AGAINST ANY OBLIGATION DUE THE DEBTOR OR ANY OF ITS PROPERTY, DIRECT OR INDIRECT TRANSFEREES, DIRECT OR INDIRECT SUCCESSORS IN INTEREST, REPRESENTATIVES, AGENTS OR PROFESSIONALS; AND (IV) TAKING ANY ACTIONS IN ANY PLACE AND IN ANY MANNER WHATSOEVER THAT DO NO CONFORM TO OR COMPLY WITH THE PROVISIONS OF THE PLAN WITHOUT LEAVE OF THE BANKRUPTCY COURT.

4

Except as otherwise provided in the Plan and Confirmation Order, all injunctions or stays provided for in the case under 11 U.S.C. §105 or 11 U.S.C. §362 of the Bankruptcy Code, or otherwise, and in existence on the confirmation date, will remain in full force and effect through the imposition of the injunction set forth above.

## ARTICLE 14
## EXCULPATION AND LIMITATION OF LIABILITY

Neither the Debtor, nor any of its respective members, officers, directors, shareholders, employees, advisors, attorneys or agents or representatives acting in such capacity, will have or incur any liability to, or be subject to any right of action by, any person or entity, for any act or omission in connection with, relating to or arising out of, the case or the pursuit of confirmation of the Plan, except to the extent arising out of fraud, willful misconduct or gross negligence, and in all respects will be entitled to rely reasonably upon the advice of counsel with respect to their duties and responsibilities under the Plan.

## ARTICLE 15
## EXECUTORY CONTRACTS

All executory contracts of the Debtor that: (i) are not identified as being assumed; (ii) have not expired by their own terms; or (iii) have not otherwise been assumed prior to confirmation of the Plan will be deemed rejected under 11 U.S.C. §365 of the Bankruptcy Code on the Effective Date.

To the extent that the Court may rule that business agreements between the Debtor and the Series 2011A bondholders are in the nature of an executory contract, as opposed to a disguised financing transaction, the Debtor reserves the right to assume or reject such contracts within 60 days of the final order of a court of competent jurisdiction construing, ordering or finding that such documents are in the nature of a true lease under 11 U.S.C. §365.

All proofs of claim with respect to claims arising from the rejection of executory contract must be filed with the Bankruptcy Court no later than thirty (30) days after confirmation date. The claims of any person arising from the rejection of executory contracts or unexpired leases that fails to timely file a proof of claim will be discharged under 11 U.S.C. §1141(d) of the Bankruptcy Code and forever barred from assertion against the Debtor or its assets.

## ARTICLE 16
## CURE OF DEFAULTS

No cure of defaults is provided for under this Plan, except by the payment of Plan payments.

## ARTICLE 17
## APPLICATION OF PAYMENTS

Payments through this Plan, whether made by the Debtor under a consensual confirmed Plan or by the Trustee under a nonconsensual confirmed Plan, shall be allocated as follows:

      a.      To the payment of administrative expenses that may be due, including professional expenses and the Trustee's approved hourly compensation;

      b.      Pro rata to the payment of claims entitled to priority under 11 U.S.C. §507 and as may be specified in Exhibit A(1);

      c.      To the secured claim of the bondholders under the Economic Development Refunding Revenue Bonds, Series 2011A ("Series 2011A Bonds");

      d.      Pro rata to the payment of all unsecured and the under-secured claim of the bondholders under the Series 2011A Bonds.

## ARTICLE 18
## EFFECTIVE DATE

The Plan shall become effective thirty (30) days after the entry of the order of confirmation by the United States Bankruptcy Court.

## ARTICLE 19
## EFFECT OF CONFIRMATION

The Court shall retain jurisdiction of the assets of the estate pending the Debtor's discharge. The Debtor may seek modification of the Plan after confirmation pursuant to 11 U.S.C. §1193 upon such notice as the Court shall direct. Confirmation shall bind the Debtor, each creditor and each bondholder as provided in 11 U.S.C. §1191. Except as provided by separate Court Order, confirmation of the Plan shall continue to act as a stay of any action against the Debtor or property of the estate of the Debtor.

## ARTICLE 20
## MODIFICATION OF THE PLAN

As provided in 11 U.S.C. §1193, the Plan and related documents may be altered, amended or modified by the Debtor before or after the confirmation date.

## ARTICLE 21
## DISCHARGE

Upon completion of all payments provided for under the Plan, the Debtor shall be discharged by the Court except as provided in 11 U.S.C. §1192.

# ARTICLE 22
# HISTORY OF THE TOPEKA Y

**22.1    History**.

The Topeka Y was formed in 1880 and has been serving Topeka since formation.  An early director of the Topeka Y was James Naismith, the inventor of basketball.

The Topeka Y had three locations, a north side and downtown location, as well as the Southwest Topeka Facility that is currently owned by the Debtor.  The north side and downtown locations have been sold, as well as a camp location maintained by the Topeka Y, thus the only remaining location is the location at 37th Street and Chelsea Drive in Topeka, Kansas (the "Southwest Topeka Facility").

The Topeka Y currently offers quality care for preschool and school age children, a gym facility, after school activities, full day kid's club, quality youth and summer camps.

In 2000, the City of Topeka issued Economic Development Refunding Revenue Bonds, Series 2000A, dated August 1, 2000 for the funding of construction of the Southwest Topeka Facility.  The Series 2000A bonds were issued to finance the construction, furnishing and equipping of the 38,000 square foot recreational health center.

In 2011, the Series 2011A Bonds were issued for the purpose of refunding and redeeming the City of Topeka's outstanding Series 2000A Bonds.  The Series 2011A Bonds issued on or about September 7, 2011 were in the original principal amount of $7,055,000.00.

The Series 2011A Bonds have not been registered with the U.S. Securities & Exchange Commission under the Securities Act of 1933, as amended, nor has the bond indenture been qualified under the Trust Indenture Act of 1939, as amended, in reliance upon exemptions contained in such Acts.  The Series 2011A Bonds were issued in accordance with K.S.A. 12-1740, *et seq*.

The Series 2011A Bonds are funded by a "lease" payment made by the Topeka Y to the City of Topeka under an alleged lease agreement dated September 1, 2011.  Kansas case law has substantiated that although the relationship between the City of Topeka as a fee title holder and the Topeka Y is a lessor/lessee relationship, the United States Bankruptcy Court for the District of Kansas has construed the transaction as a "disguised financial transaction," and thus able to be restructured under the provisions of the Bankruptcy Code.  Thus, the lease between the City of Topeka and the Topeka Y for the Southwest Topeka Facility is not a true lease that can be assumed or rejected under 11 U.S.C. §365, but a financing transaction that may be adjusted, restructured or "crammed down" to the value of the collateral.

Kansas Bankruptcy Courts hold that an Industrial Revenue Bond lease is a disguised financing transaction.  *See In Re KAR Development Associates, LP*, 180 B.R. 597 (Bankr. Kan. 1994) *aff'd City of Olathe v. KAR Development Associates, LP (In Re KAR Development Associates, LP*), 180 B.R. 629 (D. Kan. 1995); *Contra. In Re Petroleum Products, Inc.*, 72 B.R.

739 (Bankr. Kan. 1987), *aff'd* 180 B.R. 629 (D. Ct. Kan. 1995). In other unpublished decisions, the Court has found that it is a disguised financing transaction. *See In Re Southwind Hospice, LLC*, Case No. 12-23053 (unpublished).

In *KAR*, the Kansas District Court utilized an economic realities test determining that the following factors are relevant in deciding whether an agreement constitutes a true lease:

> "(1)    whether the amount of rent was calculated to compensate for use of the land or rather was based on some other purpose such as ensuring particular return on an investment;
>
> (2)    whether the property was purchased by the lessor specifically for the lessee's use;
>
> (3)    whether the transaction was called a lease in order to gain certain tax advantages;
>
> (4)    whether the lessee assume many of the obligations normally reserved for the lessor; and
>
> (5)    whether the agreement permits or requires the lessee to purchase the property for a nominal sum at the end of the lease term." 180 B.R. at 639

In *KAR*, the Court determined that the lease payments on the Industrial Revenue Bond were not related to rental value, but rather were calculated to retire the bond debt in a manner similar to repayment of a loan, much as the bond payments are under the Series 2011A Bond issuance.

Other factors noted in *KAR* were that the site for the facility was actually chosen by the debtor and that the transaction was termed a "lease" in order to meet the requirements of the Kansas Industrial Revenue Bond statute and thus to give tax advantages. The debtor/lessee in *KAR* was responsible for ad valorem taxes and all repairs and maintenance, required to provide casualty and liability insurance and permitted to alter the facility and make additional improvements without the City's consent, as long as it did not affect the intended use or structural integrity. Additionally, the bond issuance granted the debtor in *KAR* an option to purchase the property at the end of the term and prohibit the City from selling the property before then.

The Bankruptcy Court and district court on appeal thus concluded that the agreements did not constitute a lease under the economic realities test. 180 B.R. at 639 These factors exist in the Series 2011A Bond documents.

The Bond Purchase Agreement dated August 23, 2011 for the Series 2011A Bonds contains the following requirements of the Topeka Y pertaining to the bond issuance:

8

a.      To pay all taxes upon the Southwest Topeka Facility;

b.      To pay all insurance associated with the Southwest Topeka Facility;

c.      To provide that any insurance proceeds are utilized to restore the property in the event of fire, casualty or damage;

d.      Any claim concerning condemnation proceeds or the realization on a title insurance claim will be paid to the bondholders;

e.      The Topeka Y is prohibited for future encumbrances, except as limited by the bond documents, or as authorized by the Bond Trustee;

f.      A prohibition against sale, lease or other disposition of the property;

g.      A prohibition against the merger, consolidation, sale or conveyance of the Topeka Y;

h.      Certain financial ratio covenants to be maintained; and

i.      An option to purchase.

*See* Bond Purchase Agreement, Pgs. C-33 through C-50.

## 22.2    **Recent Financial History**

Historical revenue of the Topeka Y, as gleaned from the Topeka Y's IRS Form 990 tax return, shows the following annual revenue:

2016    $4,371,044.00;

2017    $4,451,571.00;

2018    $2,113,871.00;

2019    $2,390,002.00.

Thus, in the last several years there has been a drop of over 50% of annual revenue. This has been caused by increased competition from for-profit exercise and gym facilities, together with the sale of the downtown and north Topeka Y locations, and a camp owned by the Topeka Y to third parties. The Topeka Y held three locations in 2016 and 2017, hence the approximate $4,000,000.00 revenue.

There are approximately sixteen (16) for-profit gym and fitness facilities in Topeka, Kansas, including:

9

a.    Colaw Fitness;

b.    Pinnacle Fitness;

c.    Two Genesis Healthclub locations;

d.    Sunflower Strength and Conditioning;

e.    Anytime Fitness;

f.    Lion Heart Athletic Performance;

g.    Plant Fitness;

h.    Crossfit Freestate;

i.    Great LIFE Central;

j.    Total Fitness Body Zone;

k.    Fitrition Strength Guild of Topeka;

l.    Crunch Fitness;

m.    Baila Fitness Studio Topeka;

n.    Sonny's Gym;

o.    Jazzercise Topeka Fitness; and

p.    Fitness and Training.

These for-profit facilities have targeted their marketing for younger, more affluent parties, leaving to the Topeka Y its traditional member or customer base, the young and the elderly.

**22.3**   **Appraisal of Facility**

The Topeka Y obtained the services of Valbridge Property Advisors of Overland Park, Kansas ("Valbridge"). Its appraisal was determined as of August 16, 2019, and has previously been provided to CoreFirst Bank as Bond Trustee of the Series 2011A Bonds. The appraisal has, upon information and belief, been shared with key bondholders. A copy of the appraisal has been filed of record with the Clerk of the United States Bankruptcy Court and is available for inspection by the parties.

The legal description of the Southwest Topeka Facility is as follows, to-wit:

10

Southbrook Sub. No. 3, Block A, Lot 1, Lot 1 Block A Southbrook Sub #3 & Part of Lot 2, Block A, beginning at the Southwest corner of Lot 2, thence East 472.53', Northwesterly 64.6', West 423.92 feet, South 43.97' to the point of beginning, Section 16, Township 12, Range 15 of Shawnee County, Kansas.

The Valbridge appraisal contained four comparative facilities to determine value the Topeka Y:

        a.     A YMCA building in Raytown, Missouri consisting of 45,600 square feet that sold in 2016 for $2,605,000.00;

        b.     A YMCA facility in Mishawaka, Indiana consisting of 37,344 square feet that sold in May, 2015, for $650,000.00;

        c.     A for-profit facility located at 6700 West 110th Street, Overland Park, Kansas that sold to Genesis Healthclubs of Overland Park LLC in March 2015. This property had a sale price of $6,300,000.00 and consisted of 115,348 square feet;

        d.     A YMCA in Saukville, Wisconsin that consisted of 50,000 square feet and sold in October, 2014 for $2,000,000.00.

The Saukville, Wisconsin property was sold in a Chapter 11 bankruptcy liquidation and it was noted that the property was in need of significant remedial maintenance due to deferred rehab and maintenance over years. Post-closing, more than $1,000,000.00 was spent on the Saukville facility to renovate and cure the deferred maintenance issues, replace the roof, refurbish the pool and provide for new air conditioning units.

Thus, there are significant comparables to support the valuation of the Southwest Topeka Y facility of $1,635,000.00.

## 22.4   Current Rate Structure

The Topeka Y contains a basketball court, an indoor pool, daycare services, an indoor track, workout facilities, aerobic facilities, and provides youth sports teams and youth summer and after school camps. Fees range from $18.00 to $58.00 per month. For adults the monthly fee is $38.00 and $34.00 for those sixty (60) and over. Family rates begin at $58.00 per month, which covers two parents and all dependents under the age of twenty (20).

As a not-for-profit organization, the Topeka Y has historically offered financial assistance to members who qualify, which could drop the monthly fees down to $5.00 or less per month for a full membership.

## 22.5   Actions and Activities Subsequent to the Filing of the Bankruptcy

This bankruptcy case was filed on May 21, 2020. Complete bankruptcy schedules were

filed at that time. The Debtor has undertaken certain activities at the outset of the case, including:

      a.      The engagement of Hinkle Law Firm LLC ("Hinkle") as its counsel;

      b.      The Motion to assume the National YMCA executory contract consisting of the Constitute of the National Counsel of The Young Men's Christian Associations of the United States of America, the Bylaws of the National Counsel of The Young Men's Christian Association, together with the legislative history and bylaws, thus providing a license to use certain trademarks, names, and a designation as a rostered association of the YMCA of the United States;

      c.      The Motion to maintain current cash management systems;

      d.      The Motion to pay the "stub" period pre-petition wages of employees;

      e.      The Motion to offer adequate assurances and security deposits to utility companies;

      f.      The Motion for adequate protection to the Bond Trustee under 11 U.S.C. §361 and 11 U.S.C. §363(e). This adequate protection Motion asserted that the Series 2011A Bonds were a disguised financing transaction, and thus adequate protection needed to be offered to the bondholders. An adequate protection payment of $9,646.00 per month was proposed to be paid. This was approved by the Bankruptcy Court and the Debtor commenced such payments in June, 2020. The $9,646.00 monthly sum constituted an approximate amortization of the valuation of $1,635,000.00, over a 25-year duration at 5.00% per year;

      g.      The Motion for payment of critical vendors;

      h.      The Motion bar date of submission of claims. The bar date for creditors has been established as of July 31, 2020, prior to the expiration of the 90-day period for the submission of the Debtor's Plan under 11 U.S.C. §1189(b). As of June 24, 2020, only one claim has been filed, the claim of Evergy Kansas Central, Inc., fka Westar Energy in the amount of $2,896.04. This claim has subsequently been paid by the Debtor under the Order entered under 11 U.S.C. §366. An objection to the claim will be filed by the Debtor.

In the bankruptcy case the Debtor has listed the following creditors as liquidated and/or non-contingent:

      a.      CoreFirst Bank & Trust as the Series 2011A Bond Trustee, $1,635,000.00 secured and unsecured to the extent of $3,625,000.00;

      b.      Capitol Federal Savings Bank as an unsecured creditor under the CARES Act or PPP Loan of $226,000.00;

12

c.     West Bend Mutual Insurance Company in the sum of $3,249.18, subsequently paid under the critical vendor Order;

d.     Inland Waste Solutions in the sum of $294.29;

e.     Sunflower Rental in the sum of $560.00;

f.     Continental Research Corp. in the sum of $235.61.

## ARTICLE 23
## CASH AND BANK RESERVES

The Debtor holds monies in specially earmarked accounts. On the Debtor's balance sheet there are certain restricted accounts to which the Debtor is entitled to annual distributions. While the total amount of the restricted funds is identified, the Debtor has limited ability to receive funds. Independent trustees or fiduciaries exist that transfer annual contributions to the Debtor in accordance with the donor's wishes. These annual contributions are shown on the projected cash flow of the Debtor, and thus are not included in the Liquidation Analysis.

The Debtor further maintains certain earmarked accounts of which it does have control. These earmarked accounts include the following:

| Account | Amount on Schedules | Balance on June 30, 2020 |
|---|---|---|
| Capitol Federal Programs Account | $ 6,262.12 | $ 6,262.12 |
| Capitol Federal Operating Account | $ 67,540.82 | $ 75,000.00 (est) |
| Capitol Federal Deferred Maintenance Account | $178,339.70 | $142,771.39 |
| Capitol Federal COVID-19 PPP Loan Account | $159,193.61 | $ 31,010.75 |
| Capitol Federal Keuhne Branch Account | $ 0.00 | $ 0.00 |
| Capitol Federal Southwest Branch Account | $ 0.00 | $ 0.00 |
| Capitol Federal Camp Hammond CD #***5806 | $ 0.00 | $ 0.00 |
| Capitol Federal Camp Hammond CD #***4557 | $ 25,261.71 | $ 25,458.45 |
| Capitol Federal Camp Hammond CD#***8306 | $101,820.40 | $103,204.10 |
| Capitol Federal DT&N CD#***8446 | $ 0.00 | $ 0.00 |

13

| | | |
|---|---|---|
| Capitol Federal DT&N CD#***8133 | $ 50,795.95 | $ 51,417.87 |
| Capitol Federal DT&N CD#***9071 | $ 0.00 | $ 0.00 |
| Capitol Federal DT&N CD#***7820 | $ 50,759.95 | $ 51,417.87 |
| Oppenheimer & Co., Inc. Mutual Funds ***3240 | $89,411.23 | $ 97,001.70 |

The Debtor proposes to earmark the Deferred Maintenance Account for capital expenditures necessary, including roof replacement, parking lot refurbishment and air conditioning refurbishment. The Debtor has obtained estimates of $117,550.00 for roof replacement, $71,448.50 for parking lot refurbishment and $84,435.00 for air conditioning refurbishment. This will be a form of additional adequate protection and compensation to the bondholders in safeguarding the facility that is subject to their interest.

The Debtor proposes that the COVID-19 PPP Loan account be earmarked for operating expenses as the utilization of it has been set forth in the projected cash flow of the Debtor, and thus is unavailable for distribution to pre-petition creditors.

The Debtor proposes that the proceeds of the Camp Hammond Certificate of Deposit #8306 and the Oppenheimer account in the sum of $97,001.70 be distributed over the 3-year period of the Plan to allowed administrative claims and unsecured creditors. As the Debtor's Plan proposes to satisfy in full all deminimis creditors (as defined below), these funds will ultimately be distributed as a supplemental distribution to bondholders on their deficiency claim as the only remaining unsecured creditor after payment of allowed administrative claims.

The Bond Reserve Fund and PI Funds are utilized at the discretion of the Bond Trustee, and are thus not available. Presumably they will either be maintained or distributed at the discretionary standard set forth in the bond documents.

The Oppenheimer Mutual Funds account are unrestricted funds, but will be earmarked for capital expenditures and repairs outlined below.

Payments will be made consistent with the cash flow attached hereto as **Exhibit B** (amortized out).

## ARTICLE 24
## ADDITIONAL CAPITAL EXPENDITURES

Management has obtained estimates of $84,735.00 for new HVAC units. There are currently four HVAC units, two of them were scheduled to be replaced in the summer of 2020.

Further, management believes that $150,000.00 is necessary in pool repairs and upgrading. The pool heaters and pumps are over twenty (20) years old and much of the fixtures and galvanized plumbing are still original. Management estimates that major motors, pumps and seals will need to be replaced in the near term. The estimate of repair expense through the end of

14

2020 is $45,000.00. The balance of the Oppenheimer account will be utilized towards the pool and locker room repairs and refurbishment.

The lockers for storage in the locker room will additionally need to be replaced. The thought is to replace the outer doors of the existing locker rooms to avoid the cost of total refurbishment. The total locker room repairs are estimated to be $43,000.00, including new shower hardware.

Fitness equipment is also outdated, much of which is the original equipment. Management believes it is critical to replace the circuit training equipment within the next year. StarTrack has made a bid for $14,000.00. This equipment would be consistent with the existing equipment, plus we have trusted service personnel for repairs. The cost is in line with national YUSA pricing. Treadmills are currently being replaced at the rate of four a year with an estimated cost of $19,000.00.

Finally, exterior lighting will need to be reviewed before the winter months of 2020. Management believes they can keep this expense under $5,000.00.

Outstanding estimates of current capital expenditure work needs are attached hereto as **Exhibit C**.

## ARTICLE 25
## LIQUIDATION ANALYSIS

It is the Debtor's intent to earmark the Capitol Federal Deferred Maintenance Account, the Capitol Federal Camp Hammond CD #***4557, Capitol Federal DT&N CD#***8133 and Capitol Federal DT&N CD#***7820 for utilization as a funding source for the capital expenditures, together with the Oppenheimer & Co., Inc. Mutual Funds Account. A total of approximately $271,065.56 will be earmarked for capital expenditures to refurbish the property. The total current capital expenditures needs total $273,433.50.

Thus, the total dollars allocated to the Liquidation Analysis will be from the following sums:

| Asset | Balance on Schedules | Balance as of 06.30.20 |
|---|---|---|
| Cash on hand | $ 300.00 | $ 367.00 |
| Capitol Federal Programs Acct | $ 6,262.12 | $ 6,262.12 |
| Capitol Federal Operating Acct | $ 67,540.82 | $ 75,000.00 (est) |
| Accounts Receivable | $ 50,546.94 | $ 50,546.94 |
| 1998 Ford E-350 short limo bus | $ 3,500.00 | $ 3,500.00 |

15

| | | |
|---|---|---|
| 1998 Bluebird flat nose school bus | $ 5,500.00 | $ 5,500.00 |
| 2017 Doolittle trailer | $ 3,000.00 | $ 3,000.00 |
| 2015 Buckdandy double axle flat trailer w/ramp | $ 2,000.00 | $ 2,000.00 |
| Exercise equipment and accessories | $111,950.00 | $111,950.00 |
| Mower, yard equipment, appliances, televisions and projectors | $ 18,650.00 | $ 18,650.00 |

The total value as of unsecured assets is the sum of $274,776.06. This sum will be earmarked to be distributed over the 3-year prior of the Plan to the bondholders and shall be the minimum account distributed to allowed administrative claims and unsecured creditors over the life of the Plan. In the event the Debtor's projected disposable income is greater than this sum ($274,776.06), the administrative claimants and unsecured creditors shall receive the amount of disposable income projected.

It is anticipated that the deminimis creditors with claims of less than $1,500.00 will be paid in full at confirmation by the Debtor. Thus, the only distribution to be made by the Trustee will be to the Bond Trustee. These distributions will be of two components: 1) the secured claim of the bondholders in the sum of $1,635,000.00; and 2) a minimum distribution of $274,776.06 over three (3) years as the minimum required under the Liquidation Analysis. No interest will be paid on the unsecured portion of the claim.

## ARTICLE 26
## MANAGEMENT

The President and CEO of the Topeka Y is John Mugler. Mr. Mugler has served in this capacity since November, 2014. The unpaid Board of Directors consists of thirteen (13) members of the Topeka community. There is an Executive Committee of three (3) members. The general overall Board membership, including emeritus members, is seventeen (17) in number.

Additionally, there are approximately twelve (12) full-time employees, four (4) for the Southwest Topeka Facility and eight (8) at the childcare locations. There are 149 part-time employees, 108 at the Southwest Topeka Facility, including janitorial, lifeguards, fitness class instructors, 41 at the childcare locations, including prime time, daycare, summer camp and Kids Club.

## ARTICLE 27
## CURRENT MEMBERSHIP

The Topeka Y defines membership in "Units" which define a paying member. In January, 2017, the Southwest Topeka Facility had 2,730 Units. Immediately after a new gym

opened in the area (3.1 miles away) 200 Units were lost.

In January, 2020, the Southwest Topeka Facility had 2,536 Units. Planet Fitness opened its first site in Topeka (2.7 miles away) and it is estimated that 52 Units have been lost. In early March, 2020, Crush opened a facility at the corner of 29th and Topeka Blvd. The impact of this new location has not been determined.

The current membership is 2,496 Units. The Topeka Y is optimistic that it can stay above 2,400 for the remainder of the year. Many of these members are often subsidized. The Topeka Y, therefore, has members that do not have the funds to pay and attend another for-profit gym. The for-profit gyms generally draft bank accounts monthly and do not send bills. Therefore, the Topeka Y members are generally more fiscally constrained than the for-profit facilities. Thus, the for-profit clubs have been "cherry picking" the more affluent members of the Topeka Y.

## ARTICLE 28
## ATTRIBUTES AND TAX CONSEQUENCES

The discussions set forth above are for general information only. The Topeka Y, its counsel and accountants are not making any representations concerning the particular tax consequences of this restructure with respect to the Topeka Y or the bondholders, nor are they rendering any form of legal opinion or tax advice on any such tax consequences. Applicable tax law for non-for-profit corporations is complex and the following summary is not contended to be exhausted. The bondholders are urged to consult independent tax advisors regarding the tax consequences of a restructure.

## ARTICLE 29
## LITIGATION

The Topeka Y was not involved in any litigation prior to this Plan. It's Foundation has been named in a recent Shawnee County District Court case involving a personal injury accident. The matter has been referred to the insurance carrier for coverage and legal defense. Because it was a separate entity, the Foundation, the bankruptcy stay or injunction under 11 U.S.C. §362 was not impacted.

## ARTICLE 30
## ALTERNATIVES

The Topeka Y sought to avoid filing a Chapter 11 proceeding to implement its proposed restructure of the bond indebtedness. The Topeka Y wished to avoid that consequence due to the expense involved for the bondholders, Bond Trustee and the Topeka Y. Potential attorneys' fees for the Topeka Y may be up to $100,000.00 if prolonged bankruptcy litigation would continue. The Topeka Y was concerned about declining revenue that might exist if it were in a prolonged Chapter 11 proceeding due to negative publicity. Because of the requirement of one hundred percent (100%) bondholder acceptance of a restructure of the Series 2011A Bonds, this bankruptcy was inevitable.

17

In addition, the collateral or assets available for the bondholders have limited adaptive reuse. The building is in need of significant roof refurbishment (in excess of normal and customary roof repairs). In additional, capital expenditures will be necessary to implement new or more modern equipment.

The Southwest Topeka Facility is approximately twenty (20) years old and there has been, in recent years, deferred maintenance that has occurred because of declining revenue and the lack of available disposable revenue for such improvements.

When the Southwest Topeka Facility was constructed, the location of it was thought to be in a growing residential community. It was anticipated that the city would expand with new subdivisions to the south of the Topeka Y. Regrettably, that event has not occurred. The Topeka Y, therefore, does not have an advantageous geographical location for citywide participation and is, at best, a neighborhood facility.

There are, thus, limited alternatives available for use of the Southwest Topeka Facility. Larger corporate businesses have developed in Topeka within the last five (5) years that have their own facilities. It is unlikely that they would not be interested in the Southwest Topeka Facility, as its model does not confirm with the business model of these for-profit facilities.

There are, therefore, limited third party options for the Southwest Topeka Facility due to limited adaptive reuse or few third party purchasers in its current physical condition and current configuration.

## ARTICLE 31
## GENERAL PROVISIONS

### 31.1 Headings for Convenience Only

The headings in the Plan are for convenience of reference only and will not limit or otherwise affect the meanings thereof.

### 31.2 Notices

Any notice required or permitted to be provided under the Plan will be in writing and served by either: (i) certified mail, return receipt requested, postage prepaid; (ii) hand delivery; or (iii) reputable overnight delivery service, freight prepaid, with copies to the following parties and as may otherwise be set forth in the Plan:

18

The Debtor:

> Edward J. Nazar
> Hinkle Law Firm LLC
> 1617 North Waterfront Parkway, Suite 400
> Wichita, KS  67206-6639
> Telephone:  316.267.2000
> Facsimile:  316.264.1518
> Email:  enazar@hinklaw.com
> > *Counsel for the Debtor*

The Trustee:

> Rob Messerli
> 6917 Tomahawk Road
> Prairie Village, KS  66208-2618
> Telephone:  913.662.3524
> Email:  rob.messerli@gunrockvp.com

The Bond Trustee:

> R. Patrick Riordan
> Riordan Fincher & Beckerman, P.A.
> 3735 SW Wanamaker Road, Suite A
> Topeka, KS  66610-1396
> Telephone:  785.783.8323
> Facsimile:  785.783.8327
> Email:  riordan@frb-lawfirm.com
> > *Counsel for Bond Trustee*

## 31.3    Governing Law

Except to the extent that the Bankruptcy Code is applicable, supersedes or pre-empts state law, the rights and obligations arising under this Plan and any documents, agreements and instruments executed in connection with this Plan (except to the extent such documents, agreement and instruments designate otherwise) shall be governed by and construed and enforced in accordance with the law of the State of Kansas.

## 31.4    Environmental Claims

The Debtor is not aware of any liabilities, claims or obligations due and owing to the Environmental Protection Agency or to the Kansas Department of Health and Environment. Unless any such claim by any of the above and foregoing agencies or governmental organizations have been filed on or before the bar date and/or administrative bar date, whichever is applicable, and subsequently allowed, such entities shall be forever barred from participation in the distribution of any dividends in this proceeding.

19

## 31.5    Tax Claims

Neither the Debtor, nor its professionals, have undertaken any analysis of the tax results on these Plan provisions and the impact upon the Debtor or creditor.

## 31.6    Certified Audit

The information contained in this Plan and the attached exhibits have not been subject to a certified audit, except as may be subsequently disclosed in any exhibit. Due to the complexity of Debtor's financial matters, the Debtor is unable to warrant that the information contained herein is without inaccuracy, although an effort has been made to be as accurate as possible. The statements contained herein are made as of the date presented, unless another date is specifically referenced and delivery of this Plan does not imply that there have been no changes in information set forth herein since the date hereof.

## 31.7    Representation of Debtor

Hinkle commenced representation of the Topeka Y in mid-2019 to assist in its restructure efforts. Hinkle relied upon information provided to it by the Debtor in connection with the preparation of this Plan. Hinkle had no involvement with the Debtor, or its members, prior to the engagement concerning the restructure and bankruptcy.

## 31.8    Forward Looking Statements and Projections

Any forward-looking statements contained herein are based largely on the expectation of the management of the Debtor and projections about future events affecting the financial condition of the Debtor. Any use of the words "belief," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," and similar expressions identify these forward-looking statements. These forward-looking statements are subject to a number of risks, uncertainties and assumptions. In light of these risks and uncertainties, the forward-looking events and circumstances discussed in this Plan may not occur and actual results could differ materially from those forecasted or anticipated in the forward-looking statements. Neither the Debtor, nor its counsel will undertake any obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

## ARTICLE 32
## LAPSED DISTRIBUTIONS

Any distribution that has not cleared within ninety (90) days of the date of the distribution will lapse. With respect to any lapsed distributions, the lapsed distribution will revert to the Debtor or the Trustee, as the case may be, and be distributed pro rata to the remaining unsecured creditors in accordance with the Plan.

## ARTICLE 33
## UNDELIVERABLE AND UNCLAIMED DISTRIBUTIONS

If any distribution is returned as undeliverable, no further distributions to such creditor will be made unless the Debtor and the Trustee are notified in writing of the creditor's current address. Upon receipt of the notification, the Debtor will remit all missed distributions to the creditor without interest. All claims for undeliverable distributions must be made on or before the first anniversary of the date of the first distribution check to such creditor. If a claim is not made within that time, all unclaimed distributions will revert to the Debtor and be distributed pro rata to the remaining creditors. Nothing in the Plan will require the Debtor and Trustee to attempt to locate any holder of an allowed claim.

## ARTICLE 34
## RETENTION OF JURISDICTION

### 34.1    Purposes

Notwithstanding entry of the confirmation order, the Court shall retain jurisdiction over the Chapter 11 case for the following purposes including, but not limited to the following:

a.      To determine any and all objections to the allowance of claims or interests, both before and after the confirmation date, including any objections to the classification of any claim or interest. The failure by the Debtor or Trustee to object to any claim prior to confirmation of this Plan shall not be deemed to be a waiver of the Debtor's or Trustee's right to object to or examine the claim and holder post-confirmation under the deadlines set forth herein;

b.      To determine any and all fee applications and other applications for other fees and expenses authorized to be paid or reimbursed in accordance with the Bankruptcy Code or the Plan;

c.      To determine any and all pending applications for the assumption or rejection of executory contracts or for the rejection or assumption and assignment, as the case may be, of unexpired leases to which the Debtor is a party or with respect to which it may be liable;

d.      To hear and determine any actions to void or terminate unexpired contracts or leases; and to hear and determine and, if need be, to liquidate any and all claims arising therefrom;

e.      To hear and determine any and all actions initiated by the Debtor or its counsel whether by motion, complaint or otherwise; to determine any and all questions or disputes regarding title to the assets of the estate, and to determine all causes of action, controversies, disputes or conflict, whether or not subject to any action pending as to the confirmation date, between the Debtor and any other party, including, without limitation, any right of the Debtor to recover assets or sell assets pursuant to the provisions of Title

21

11 of the Bankruptcy Code;

  f. To determine any and all applications, motions, adversary proceedings and contested or litigated matters whether pending before the Court on the confirmation date or instituted after the confirmation date, including, without limitation, proceedings to recover voidable or avoidable transfers, or proceedings by the Debtor;

  g. To modify this Plan or any document created in connection with this Plan, or remedy any defect or omission or reconcile any inconsistence in any order of the Court, this Plan or any document created in connection with this Plan, in such manner as may be necessary to carry out the purposes and effects of this Plan to the extent authorized by the Bankruptcy Code, including any post-confirmation modification to the Plan;

  h. To ensure that the distribution is accomplished in accordance with the provisions of this Plan;

  i. To allow, disallow, determine, liquidate or estimate any claim or interest and to enter or enforce any order requiring the filing of any such claim or interest before a particular date;

  j. To enter such orders as may be necessary to consummate, implement and effectuate the operative provisions of this Plan and all documents and agreements provided for herein or therein or executed pursuant hereto or thereto including, without limitation, entering appropriate orders to protect the Debtor from creditor action;

  k. To hear any other matter not inconsistent with Chapter 11 of the Bankruptcy Code;

  l. To enter and implement such orders as may be appropriate in the event the Confirmation Order is for any reason stayed, reversed, revoked or vacated;

  m. To determine such other matters as may arise in connection with this Plan or the Confirmation Order;

  n. To enter an Order enforcing the injunction entered by this Court at confirmation of this Plan, to enter any Order separately or in conjunction with any other of confirmation of this Plan discharging the Debtor from any claim or debt and enjoining any action from proceeding or being pursued against the Debtor, except as required by the Debtor under the terms of this Plan;

  o. To enter a Final Decree closing this Chapter 11 case.

## 34.2 **Exclusive Jurisdiction**

The Court shall have exclusive jurisdiction to resolve all controversies, suits and disputes

that may arise in connection with the interpretation, enforcement, consummations, implementation or administration of this Plan and all entities shall be enjoined from commencing any legal or equitable action or proceeding with respect to such matters in any other court administrative or regulatory body.

**34.3** **Abstention**

If the Court abstains from exercising jurisdiction or is otherwise without jurisdiction over any matter arising out of the Chapter 11 case, this provision shall have not effect upon and shall not control, prohibit or limit the exercise of jurisdiction by any other court having competent jurisdiction with respect to such matter.

THE YOUNG MEN'S CHRISTIAN
ASSOCIATION OF TOPEKA, KANSAS


John Mugler, President / Chief Executive Officer


RESPECTFULLY SUBMITTED:

HINKLE LAW FIRM LLC

 /s/Edward J. Nazar
Edward J. Nazar. #09845
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
316.267.2000 / 316.264.1518 fax
enazar@hinklaw.com
        *Attorney for Debtor*

23

# EXHIBIT A(1)
# PRIORITY CLAIMS

The priority claims consist of all priority claims of any pre-petition priority creditor who may file an allowed claim prior to the date of confirmation. The Debtor has not scheduled any priority creditors at this juncture.

To the extent post-petition administrative claims have or shall be unpaid in full, they include the claim of the Hinkle Law Firm for unpaid attorneys' fees. Hinkle Law Firm received a pre-petition retainer of $50,000.00. Immediately prior to the filing of the bankruptcy, Hinkle Law Firm paid in full its current pre-petition unpaid attorneys' fees, leaving a balance disclosed in the bankruptcy schedules of $38,860.00 for post-petition services. The law firm estimates an additional payment, beyond the remaining retainer, in the estimated sum of $20,000.00.

Additional post-petition professional expenses will be incurred by the Debtor's accountants, Sink Gordon & Associates, for accounting services. This firm received a pre-petition retainer of $10,000.00, in addition to having its current bill paid in full prior to the filing of the bankruptcy. Additional accounting fees are estimated in the sum of $15,000.00.

Both professional organizations have asserted their disinterestedness.

Rob Messerli has been appointed the Subchapter V - Small Business Debtor Trustee. He is to be compensated at an hourly rate as may be allowed by the Court. The ongoing Trustee fees will be paid as an additional administrative expense from available funds as incurred over the life of the Plan.

All other administrative expenses, including the accrued Trustee fees existing as of confirmation, shall be paid upon approval of the Court from available cash resources within sixty (60) days of confirmation.

24

**EXHIBIT A(2)**
**SECURED CREDITORS**

     The secured creditors consist of the claim of the Series 2011A bondholders represented by CoreFirst Bank as Bond Trustee. CoreFirst Bank holds a lien upon the real estate assets of the Debtor in the sum of $1,635,000.00. Upon issuance of the bonds in the year 2000, equipment was also purchased from bond proceeds. However, that equipment has long since passed its use life and is no longer operational. Therefore, no value is associated with equipment as secured to CoreFirst Bank. The equipment valuation is contained in the Liquidation Analysis as a supplemental payment to unsecured creditors, of which the Series 2011A bondholders are the largest class. The secured payment to the bondholders is based upon a 25-year amortization at 5% per annum on a secured valuation of $1,635,000.00. Monthly payments of $9,558.05 shall be made commencing on the 1st day of the month following confirmation (estimated as of August 1, 2020).

     The remainder of the bondholders' claim shall be treated as an unsecured claim and paid an amount represented on the Liquidation Analysis as the value of the unsecured assets.

## EXHIBIT A(3)
## UNSECURED CLAIMS

The unsecured claims of the bankruptcy case consist of Capitol Federal Savings on the unpaid, unforgiven portion of the CARES ACT PPP Loan obtained by the Debtor. The Debtor will seek to have its loan forgiven under the regulations propounded by the Small Business Administration for forgiveness of the loan. To the extent that any portion of the loan is not forgiven and discharged by regulatory practice, it will participate as an unsecured creditor in this case on a pro rata basis.

The additional unsecured creditor will be the Series 2011A bondholders.

The major creditors (the bondholders and Capitol Federal Bank) will receive a pro rata portion of the greater of the Debtor's disposable income, or the liquidation value of its unsecured assets. Payment of the remaining unsecured claim of the Series 2011A bondholders will be subordinate to the deminimis or minor unsecured creditors who have a claim of $1,500.00 or less. It is the Debtor's intention to satisfy in full the claims of small creditors. The Debtor estimates that a total sum of approximately $10,000.00 will be utilized for the satisfaction of these deminimis unsecured creditors with an unpaid pre-petition claim of $1,500.00 or less.

**EXHIBIT B**
**CASH FLOW**

Cash Flows Actual & Projection

| | June 30, 2018 | July 31, 2018 | August 31, 2018 | September 30, 2018 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 191,107 | $ 175,909 | $ 162,321 | $ 152,779 |
| Cash received from camps and classes | 63,022 | 52,038 | 22,743 | 10,310 |
| Cash received from daycare | 38,017 | 7,667 | 74,584 | 76,468 |
| Cash received from contributions | 17,495 | 31,006 | 9,014 | 2,990 |
| Cash received from building rental | - | - | - | - |
| Cash received from others | 15,115 | 10,952 | 9,722 | 12,662 |
| Cash paid to employees | (174,894) | (179,136) | (159,186) | (151,081) |
| Cash paid for operating activities | (151,539) | (69,714) | (225,031) | (110,534) |
| **Net Cash Provided by (Used by) Operating Activities** | (1,677) | 28,722 | (105,833) | (6,406) |
| | | | | |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | - | - | 1 | - |
| Cash paid for capital expenditure needs | - | - | - | - |
| Proceeds from sale of fixed assets | - | - | - | - |
| Change in certificates of deposit | - | 50,025 | (291) | 50,267 |
| Change in bond reserve accounts | (50,641) | (51,526) | 376,695 | (50,588) |
| Change in restricted investments | 1,315 | 16,584 | 1,223 | 1,861 |
| **Net Cash Provided by (Used by) Investing Activities** | (49,326) | 15,083 | 377,628 | 1,540 |
| | | | | |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | - | - | (255,000) | - |
| Principal paid on capital lease obligations - equipment | (3,967) | (3,985) | (4,007) | (3,160) |
| Proceeds from SBA loan - forgivable | - | - | - | - |
| Proceeds from note payable - net debt reduction | - | - | 80,000 | - |
| Plan payments | - | - | - | - |
| Interest paid on debt | (108) | (91) | (173,562) | (460) |
| **Net Cash Provided by (Used by) Financing Activities** | (4,075) | (4,076) | (352,569) | (3,620) |
| | | | | |
| **Net Increase (Decrease) In Cash** | (55,078) | 39,729 | (80,774) | (8,486) |
| | | | | |
| **Cash and Cash Equivalents, Beginning of Period** | 197,132 | 142,054 | 181,783 | 101,009 |
| | | | | |
| **Cash and Cash Equivalents, End of Period** | $ 142,054 | $ 181,783 | $ 101,009 | $ 92,523 |

Cash Flows Actual & Projection

| | October 31, 2018 | November 30, 2018 | December 31, 2018 | January 31, 2019 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 134,288 | $ 135,723 | $ 48,101 | $ 135,065 |
| Cash received from camps and classes | 7,223 | (37,967) | 2,071 | 4,260 |
| Cash received from daycare | 79,622 | 160,984 | 69,327 | 61,702 |
| Cash received from contributions | 2,293 | 26,470 | 9,106 | - |
| Cash received from building rental | - | 25,849 | 910 | 2,210 |
| Cash received from others | 15,514 | (5,700) | 33,392 | 3,814 |
| Cash paid to employees | (146,189) | (64,356) | (161,227) | (109,327) |
| Cash paid for operating activities | (146,962) | (194,213) | (23,252) | (91,116) |
| Net Cash Provided by (Used by) Operating Activities | (54,211) | 46,790 | (21,572) | 6,608 |
| | | | | |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | - | - | (970) | - |
| Cash paid for capital expenditure needs | | | | |
| Proceeds from sale of fixed assets | 598,195 | - | | |
| Change in certificates of deposit | - | (10) | (300,720) | (38) |
| Change in bond reserve accounts | (50,012) | (50,315) | (49,658) | (50,597) |
| Change in restricted investments | 16,285 | (67,408) | 5,898 | 1,528 |
| Net Cash Provided by (Used by) Investing Activities | 564,468 | (117,733) | (345,450) | (49,107) |
| | | | | |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | (80,000) | - | - | - |
| Principal paid on capital lease obligations - equipment | (3,173) | - | - | - |
| Proceeds from SBA loan - forgivable | - | - | - | - |
| Proceeds from note payable - net debt reduction | - | - | - | - |
| Plan payments | - | - | - | - |
| Interest paid on debt | (364) | - | - | - |
| Net Cash Provided by (Used by) Financing Activities | (83,537) | - | - | - |
| | | | | |
| **Net Increase (Decrease) In Cash** | 426,720 | (70,943) | (367,022) | (42,499) |
| | | | | |
| **Cash and Cash Equivalents, Beginning of Period** | 92,523 | 519,243 | 448,300 | 81,278 |
| | | | | |
| **Cash and Cash Equivalents, End of Period** | $ 519,243 | $ 448,300 | $ 81,278 | $ 38,779 |

Cash Flows Actual & Projection

| | February 28, 2019 | March 31, 2019 | April 30, 2019 | May 31, 2019 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 116,592 | $ 120,021 | $ 91,140 | $ 95,073 |
| Cash received from camps and classes | 3,488 | 6,028 | 12,750 | 10,607 |
| Cash received from daycare | 55,451 | 53,097 | 64,179 | 54,402 |
| Cash received from contributions | 180 | 19 | 107 | 161,920 |
| Cash received from building rental | 1,160 | 1,860 | 1,931 | 660 |
| Cash received from others | 103 | 5,668 | 6,378 | 5,309 |
| Cash paid to employees | (100,992) | (89,516) | (98,586) | (104,046) |
| Cash paid for operating activities | (49,709) | (84,109) | (51,074) | (55,515) |
| **Net Cash Provided by (Used by) Operating Activities** | 26,273 | 13,068 | 26,825 | 168,410 |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | - | - | (1) | 1 |
| Cash paid for capital expenditure needs | - | - | - | - |
| Proceeds from sale of fixed assets | - | - | - | - |
| Change in certificates of deposit | - | - | - | - |
| Change in bond reserve accounts | (1,690) | 118,052 | (1,570) | (50,594) |
| Change in restricted investments | 1,690 | 1,602 | 1,570 | 1,524 |
| **Net Cash Provided by (Used by) Investing Activities** | - | 119,654 | (1) | (49,069) |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | - | - | - | - |
| Principal paid on capital lease obligations - equipment | - | - | - | - |
| Proceeds from SBA loan - forgivable | - | - | - | - |
| Proceeds from note payable - net debt reduction | - | - | - | - |
| Plan payments | - | - | - | - |
| Interest paid on debt | - | (168,012) | - | - |
| **Net Cash Provided by (Used by) Financing Activities** | - | (168,012) | - | - |
| **Net Increase (Decrease) In Cash** | 26,273 | (35,290) | 26,824 | 119,341 |
| **Cash and Cash Equivalents, Beginning of Period** | 38,779 | 65,052 | 29,762 | 56,586 |
| **Cash and Cash Equivalents, End of Period** | $ 65,052 | $ 29,762 | $ 56,586 | $ 175,927 |

Cash Flows Actual & Projection

| | June 30, 2019 | July 31, 2019 | August 31, 2019 | September 30, 2019 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 64,898 | $ 61,448 | $ 99,130 | $ 89,943 |
| Cash received from camps and classes | 61,306 | 64,277 | 2,538 | (5,636) |
| Cash received from daycare | 25,324 | 28,557 | 55,087 | 49,627 |
| Cash received from contributions | 13,388 | 35,808 | 20,244 | 549 |
| Cash received from building rental | 210 | 810 | 1,041 | 560 |
| Cash received from others | 3,932 | 1,350 | 1,942 | 2,544 |
| Cash paid to employees | (115,429) | (112,666) | (108,684) | (95,890) |
| Cash paid for operating activities | (76,015) | (65,045) | (109,456) | (50,714) |
| **Net Cash Provided by (Used by) Operating Activities** | (22,386) | 14,539 | (38,158) | (9,017) |
| | | | | |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | (9,440) | (529) | - | (1) |
| Cash paid for capital expenditure needs | | | | |
| Proceeds from sale of fixed assets | - | - | - | - |
| Change in certificates of deposit | (2,442) | 200,482 | - | (1,043) |
| Change in bond reserve accounts | (884) | (1,589) | 431,334 | (691) |
| Change in restricted investments | 4,076 | 1,704 | 1,642 | 2,483 |
| **Net Cash Provided by (Used by) Investing Activities** | (8,690) | 200,068 | 432,976 | 748 |
| | | | | |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | - | - | (265,000) | - |
| Principal paid on capital lease obligations - equipment | - | - | - | - |
| Proceeds from SBA loan - forgivable | - | - | - | - |
| Proceeds from note payable - net debt reduction | - | - | - | - |
| Plan payments | - | - | - | - |
| Interest paid on debt | - | - | (167,975) | - |
| **Net Cash Provided by (Used by) Financing Activities** | - | - | (432,975) | - |
| | | | | |
| **Net Increase (Decrease) In Cash** | (31,076) | 214,607 | (38,157) | (8,269) |
| | | | | |
| **Cash and Cash Equivalents, Beginning of Period** | 175,927 | 144,851 | 359,458 | 321,301 |
| | | | | |
| **Cash and Cash Equivalents, End of Period** | $ 144,851 | $ 359,458 | $ 321,301 | $ 313,032 |

Cash Flows Actual & Projection

| | October 31, 2019 | November 30, 2019 | December 31, 2019 | January 31, 2020 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 85,657 | $ 96,322 | $ 86,849 | $ 86,300 |
| Cash received from camps and classes | 1,575 | 3,547 | 1,948 | 3,332 |
| Cash received from daycare | 55,097 | 29,274 | 41,127 | 46,012 |
| Cash received from contributions | 14,001 | 1,831 | 4,079 | 17,281 |
| Cash received from building rental | 1,750 | 635 | 1,410 | 1,660 |
| Cash received from others | 6,071 | 190 | 5,475 | 21,923 |
| Cash paid to employees | (87,469) | (98,796) | (83,372) | (78,773) |
| Cash paid for operating activities | (74,124) | (76,034) | (71,942) | (61,239) |
| Net Cash Provided by (Used by) Operating Activities | 2,558 | (43,031) | (14,426) | 36,496 |
| | | | | |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | - | (5,495) | - | - |
| Cash paid for capital expenditure needs | - | - | - | - |
| Proceeds from sale of fixed assets | - | - | - | - |
| Change in certificates of deposit | 768 | - | (1,043) | - |
| Change in bond reserve accounts | (717) | (657) | (562) | - |
| Change in restricted investments | 717 | 658 | 4,382 | - |
| Net Cash Provided by (Used by) Investing Activities | 768 | (5,494) | 2,777 | - |
| | | | | |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | - | - | - | - |
| Principal paid on capital lease obligations - equipment | - | - | - | - |
| Proceeds from SBA loan - forgivable | - | - | - | - |
| Proceeds from note payable - net debt reduction | - | - | - | - |
| Plan payments | - | - | - | - |
| Interest paid on debt | - | - | 1,660 | - |
| Net Cash Provided by (Used by) Financing Activities | - | - | 1,660 | - |
| | | | | |
| **Net Increase (Decrease) In Cash** | 3,326 | (48,525) | (9,989) | 36,496 |
| | | | | |
| **Cash and Cash Equivalents, Beginning of Period** | 313,032 | 316,358 | 267,833 | 257,844 |
| | | | | |
| **Cash and Cash Equivalents, End of Period** | $ 316,358 | $ 267,833 | $ 257,844 | $ 294,340 |

Cash Flows Actual & Projection

| | February 28, 2020 | March 31, 2020 | April 30, 2020 | May 31, 2020 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 89,499 | $ 74,239 | $ 56,311 | $ 62,821 |
| Cash received from camps and classes | 2,490 | 4,329 | - | (1,331) |
| Cash received from daycare | 43,183 | 35,839 | 972 | 19,593 |
| Cash received from contributions | 351 | 2,736 | 16,065 | 82,778 |
| Cash received from building rental | 2,185 | 1,974 | (100) | - |
| Cash received from others | 191 | 2,941 | 1,199 | 2,730 |
| Cash paid to employees | (92,736) | (89,118) | (50,049) | (56,906) |
| Cash paid for operating activities | (62,532) | (57,382) | (91,174) | (110,531) |
|    **Net Cash Provided by (Used by) Operating Activities** | (17,369) | (24,442) | (66,776) | (846) |
| | | | | |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | - | - | - | 1 |
| Cash paid for capital expenditure needs | - | - | - | - |
| Proceeds from sale of fixed assets | - | - | - | - |
| Change in certificates of deposit | - | - | - | (930) |
| Change in bond reserve accounts | (1,136) | 162,244 | - | - |
| Change in restricted investments | 1,137 | 5,290 | - | 930 |
|    **Net Cash Provided by (Used by) Investing Activities** | 1 | 167,534 | - | 1 |
| | | | | |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | - | (162,013) | - | (10,000) |
| Principal paid on capital lease obligations - equipment | - | - | - | - |
| Proceeds from SBA loan - forgivable | - | - | 226,000 | - |
| Proceeds from note payable - net debt reduction | - | - | - | - |
| Plan payments | - | - | - | - |
| Interest paid on debt | - | - | - | - |
|    **Net Cash Provided by (Used by) Financing Activities** | - | (162,013) | 226,000 | (10,000) |
| | | | | |
| **Net Increase (Decrease) In Cash** | (17,368) | (18,921) | 159,224 | (10,845) |
| | | | | |
| **Cash and Cash Equivalents, Beginning of Period** | 294,340 | 276,972 | 258,051 | 417,275 |
| | | | | |
| **Cash and Cash Equivalents, End of Period** | $ 276,972 | $ 258,051 | $ 417,275 | $ 406,430 |

Cash Flows Actual & Projection

| | June 30, 2020 | July 31, 2020 | August 31, 2020 | September 30, 2020 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 65,388 | $ 33,547 | $ 49,900 | $ 69,900 |
| Cash received from camps and classes | 23,542 | 75,000 | 2,000 | 500 |
| Cash received from daycare | 7,934 | 20,736 | 40,000 | 40,000 |
| Cash received from contributions | 884 | 29,288 | 12,000 | 52,000 |
| Cash received from building rental | 100 | 1,000 | 1,000 | 1,000 |
| Cash received from others | 49 | 10,025 | 10,025 | 10,025 |
| Cash paid to employees | (70,531) | (72,564) | (73,965) | (73,965) |
| Cash paid for operating activities | (46,113) | (36,879) | (40,280) | (55,560) |
| Net Cash Provided by (Used by) Operating Activities | (18,747) | 60,153 | 680 | 43,900 |
| | | | | |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | - | | - | |
| Cash paid for capital expenditure needs | - | (15,280) | (15,280) | (15,280) |
| Proceeds from sale of fixed assets | - | | | |
| Change in certificates of deposit | (923) | 1,853 | - | 25,350 |
| Change in bond reserve accounts | (336) | 336 | - | |
| Change in restricted investments | 1,259 | 7,591 | - | - |
| Net Cash Provided by (Used by) Investing Activities | - | (5,500) | (15,280) | 10,070 |
| | | | | |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | (9,646) | - | (9,558) | (9,558) |
| Principal paid on capital lease obligations - equipment | - | - | | |
| Proceeds from SBA loan - forgivable | - | | | |
| Proceeds from note payable - net debt reduction | - | | | |
| Plan payments | - | (7,640) | (7,640) | (7,640) |
| Interest paid on debt | - | - | | |
| Net Cash Provided by (Used by) Financing Activities | (9,646) | (7,640) | (17,198) | (17,198) |
| | | | | |
| **Net Increase (Decrease) In Cash** | (28,393) | 47,013 | (31,798) | 36,772 |
| | | | | |
| **Cash and Cash Equivalents, Beginning of Period** | 406,430 | 378,037 | 425,050 | 393,252 |
| | | | | |
| **Cash and Cash Equivalents, End of Period** | $ 378,037 | $ 425,050 | $ 393,252 | $ 430,024 |

Cash Flows Actual & Projection

| | October 31, 2020 | November 30, 2020 | December 31, 2020 | January 31, 2021 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 69,900 | $ 99,900 | $ 59,900 | $ 97,100 |
| Cash received from camps and classes | 500 | 500 | 500 | 3,000 |
| Cash received from daycare | 40,000 | 40,000 | 40,000 | 40,000 |
| Cash received from contributions | 12,000 | 12,000 | 12,000 | 16,000 |
| Cash received from building rental | 1,000 | 1,000 | 1,000 | 1,000 |
| Cash received from others | 10,025 | 10,025 | 10,025 | 10,025 |
| Cash paid to employees | (73,965) | (73,965) | (73,965) | (79,348) |
| Cash paid for operating activities | (70,840) | (86,120) | (101,400) | (45,000) |
| Net Cash Provided by (Used by) Operating Activities | (11,380) | 3,340 | (51,940) | 42,777 |
| | | | | |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | - | - | - | - |
| Cash paid for capital expenditure needs | (15,280) | (15,280) | (15,280) | (15,280) |
| Proceeds from sale of fixed assets | - | - | - | - |
| Change in certificates of deposit | - | - | 101,295 | - |
| Change in bond reserve accounts | - | - | - | - |
| Change in restricted investments | - | - | - | - |
| Net Cash Provided by (Used by) Investing Activities | (15,280) | (15,280) | 86,015 | (15,280) |
| | | | | |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | (9,558) | (9,558) | (9,558) | (9,558) |
| Principal paid on capital lease obligations - equipment | - | - | - | - |
| Proceeds from SBA loan - forgivable | - | - | - | - |
| Proceeds from note payable - net debt reduction | - | - | - | - |
| Plan payments | (27,640) | (22,640) | (22,640) | (7,640) |
| Interest paid on debt | - | - | - | - |
| Net Cash Provided by (Used by) Financing Activities | (37,198) | (32,198) | (32,198) | (17,198) |
| | | | | |
| **Net Increase (Decrease) In Cash** | (63,858) | (44,138) | 1,877 | 10,299 |
| | | | | |
| **Cash and Cash Equivalents, Beginning of Period** | 430,024 | 366,166 | 322,028 | 323,905 |
| | | | | |
| **Cash and Cash Equivalents, End of Period** | $ 366,166 | $ 322,028 | $ 323,905 | $ 334,204 |

Cash Flows Actual & Projection

| | February 28, 2021 | March 31, 2021 | April 30, 2021 | May 31, 2021 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 87,100 | $ 87,100 | $ 87,100 | $ 87,100 |
| Cash received from camps and classes | 3,000 | 5,000 | 10,000 | 10,000 |
| Cash received from daycare | 40,000 | 40,000 | 40,000 | 40,000 |
| Cash received from contributions | 16,000 | 16,000 | 16,000 | 16,000 |
| Cash received from building rental | 1,000 | 1,500 | 1,500 | 1,000 |
| Cash received from others | 10,025 | 10,025 | 10,025 | 10,025 |
| Cash paid to employees | (73,965) | (73,965) | (73,965) | (73,965) |
| Cash paid for operating activities | (50,000) | (50,000) | (50,000) | (50,000) |
| **Net Cash Provided by (Used by) Operating Activities** | 33,160 | 35,660 | 40,660 | 40,160 |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | - | - | - | - |
| Cash paid for capital expenditure needs | (15,280) | (15,280) | (15,280) | (15,280) |
| Proceeds from sale of fixed assets | - | - | - | - |
| Change in certificates of deposit | - | - | - | - |
| Change in bond reserve accounts | - | - | - | - |
| Change in restricted investments | - | - | - | - |
| **Net Cash Provided by (Used by) Investing Activities** | (15,280) | (15,280) | (15,280) | (15,280) |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | (9,558) | (9,558) | (9,558) | (9,558) |
| Principal paid on capital lease obligations - equipment | - | - | - | - |
| Proceeds from SBA loan - forgivable | - | - | - | - |
| Proceeds from note payable - net debt reduction | - | - | - | - |
| Plan payments | (7,640) | (7,640) | (7,640) | (7,640) |
| Interest paid on debt | - | - | - | - |
| **Net Cash Provided by (Used by) Financing Activities** | (17,198) | (17,198) | (17,198) | (17,198) |
| **Net Increase (Decrease) In Cash** | 682 | 3,182 | 8,182 | 7,682 |
| **Cash and Cash Equivalents, Beginning of Period** | 334,204 | 334,886 | 338,068 | 346,250 |
| **Cash and Cash Equivalents, End of Period** | $ 334,886 | $ 338,068 | $ 346,250 | $ 353,932 |

Cash Flows Actual & Projection

| | June 30, 2021 | July 31, 2021 | August 31, 2021 | September 30, 2021 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 85,600 | $ 85,600 | $ 87,100 | $ 87,100 |
| Cash received from camps and classes | 50,000 | 75,000 | 2,000 | 500 |
| Cash received from daycare | 20,000 | 20,000 | 40,000 | 40,000 |
| Cash received from contributions | 16,000 | 16,000 | 16,000 | 16,000 |
| Cash received from building rental | 1,000 | 1,000 | 1,000 | 1,000 |
| Cash received from others | 10,025 | 10,025 | 10,025 | 10,025 |
| Cash paid to employees | (90,112) | (90,113) | (73,965) | (73,965) |
| Cash paid for operating activities | (50,000) | (50,000) | (50,000) | (40,000) |
| **Net Cash Provided by (Used by) Operating Activities** | 42,513 | 67,512 | 32,160 | 40,660 |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | - | - | - | - |
| Cash paid for capital expenditure needs | (15,280) | (15,280) | (15,280) | (15,280) |
| Proceeds from sale of fixed assets | - | - | - | - |
| Change in certificates of deposit | - | - | - | - |
| Change in bond reserve accounts | - | - | - | - |
| Change in restricted investments | - | - | - | - |
| **Net Cash Provided by (Used by) Investing Activities** | (15,280) | (15,280) | (15,280) | (15,280) |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | (9,558) | (9,558) | (9,558) | (9,558) |
| Principal paid on capital lease obligations - equipment | - | - | - | - |
| Proceeds from SBA loan - forgivable | - | - | - | - |
| Proceeds from note payable - net debt reduction | - | - | - | - |
| Plan payments | (7,640) | (7,640) | (7,640) | (7,640) |
| Interest paid on debt | - | - | - | - |
| **Net Cash Provided by (Used by) Financing Activities** | (17,198) | (17,198) | (17,198) | (17,198) |
| **Net Increase (Decrease) In Cash** | 10,035 | 35,034 | (318) | 8,182 |
| **Cash and Cash Equivalents, Beginning of Period** | 353,932 | 363,967 | 399,001 | 398,683 |
| **Cash and Cash Equivalents, End of Period** | $ 363,967 | $ 399,001 | $ 398,683 | $ 406,865 |

Cash Flows Actual & Projection

| | October 31, 2021 | November 30, 2021 | December 31, 2021 | January 31, 2022 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 87,100 | $ 87,100 | $ 87,100 | $ 91,100 |
| Cash received from camps and classes | 500 | 500 | 500 | 3,000 |
| Cash received from daycare | 40,000 | 40,000 | 40,000 | 40,000 |
| Cash received from contributions | 16,000 | 16,000 | 16,000 | 17,000 |
| Cash received from building rental | 1,000 | 1,000 | 1,000 | 1,000 |
| Cash received from others | 10,025 | 10,025 | 10,025 | 10,025 |
| Cash paid to employees | (73,965) | (73,965) | (73,965) | (79,348) |
| Cash paid for operating activities | (40,000) | (40,000) | (40,000) | (45,000) |
| Net Cash Provided by (Used by) Operating Activities | 40,660 | 40,660 | 40,660 | 37,777 |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | - | - | - | - |
| Cash paid for capital expenditure needs | (15,280) | (15,280) | (15,280) | (10,000) |
| Proceeds from sale of fixed assets | - | - | - | - |
| Change in certificates of deposit | - | - | - | - |
| Change in bond reserve accounts | - | - | - | - |
| Change in restricted investments | - | - | - | - |
| Net Cash Provided by (Used by) Investing Activities | (15,280) | (15,280) | (15,280) | (10,000) |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | (9,558) | (9,558) | (9,558) | (9,558) |
| Principal paid on capital lease obligations - equipment | - | - | - | - |
| Proceeds from SBA loan - forgivable | - | - | - | - |
| Proceeds from note payable - net debt reduction | - | - | - | - |
| Plan payments | (7,640) | (7,640) | (7,640) | (7,640) |
| Interest paid on debt | - | - | - | - |
| Net Cash Provided by (Used by) Financing Activities | (17,198) | (17,198) | (17,198) | (17,198) |
| **Net Increase (Decrease) In Cash** | 8,182 | 8,182 | 8,182 | 10,579 |
| **Cash and Cash Equivalents, Beginning of Period** | 406,865 | 415,047 | 423,229 | 431,411 |
| **Cash and Cash Equivalents, End of Period** | $ 415,047 | $ 423,229 | $ 431,411 | $ 441,990 |

Cash Flows Actual & Projection

| | February 28, 2022 | March 31, 2022 | April 30, 2022 | May 31, 2022 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 87,100 | $ 87,100 | $ 87,100 | $ 87,100 |
| Cash received from camps and classes | 3,000 | 5,000 | 10,000 | 10,000 |
| Cash received from daycare | 40,000 | 40,000 | 40,000 | 40,000 |
| Cash received from contributions | 16,000 | 16,000 | 16,000 | 16,000 |
| Cash received from building rental | 1,000 | 1,500 | 1,500 | 1,000 |
| Cash received from others | 10,025 | 10,025 | 10,025 | 10,025 |
| Cash paid to employees | (84,730) | (84,730) | (84,730) | (84,730) |
| Cash paid for operating activities | (50,000) | (50,000) | (50,000) | (50,000) |
| **Net Cash Provided by (Used by) Operating Activities** | 22,395 | 24,895 | 29,895 | 29,395 |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | - | - | - | - |
| Cash paid for capital expenditure needs | (10,000) | (10,000) | (10,000) | (10,000) |
| Proceeds from sale of fixed assets | - | - | - | - |
| Change in certificates of deposit | - | - | - | - |
| Change in bond reserve accounts | - | - | - | - |
| Change in restricted investments | - | - | - | - |
| **Net Cash Provided by (Used by) Investing Activities** | (10,000) | (10,000) | (10,000) | (10,000) |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | (9,558) | (9,558) | (9,558) | (9,558) |
| Principal paid on capital lease obligations - equipment | - | - | - | - |
| Proceeds from SBA loan - forgivable | - | - | - | - |
| Proceeds from note payable - net debt reduction | - | - | - | - |
| Plan payments | (7,640) | (7,640) | (7,640) | (7,640) |
| Interest paid on debt | - | - | - | - |
| **Net Cash Provided by (Used by) Financing Activities** | (17,198) | (17,198) | (17,198) | (17,198) |
| **Net Increase (Decrease) In Cash** | (4,803) | (2,303) | 2,697 | 2,197 |
| **Cash and Cash Equivalents, Beginning of Period** | 441,990 | 437,187 | 434,884 | 437,581 |
| **Cash and Cash Equivalents, End of Period** | $ 437,187 | $ 434,884 | $ 437,581 | $ 439,778 |

Cash Flows Actual & Projection

| | June 30, 2022 | July 31, 2022 | August 31, 2022 | September 30, 2022 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 85,600 | $ 85,600 | $ 87,100 | $ 87,100 |
| Cash received from camps and classes | 50,000 | 75,000 | 2,000 | 500 |
| Cash received from daycare | 20,000 | 20,000 | 40,000 | 40,000 |
| Cash received from contributions | 16,000 | 16,000 | 16,000 | 16,000 |
| Cash received from building rental | 1,000 | 1,000 | 1,000 | 1,000 |
| Cash received from others | 10,025 | 10,025 | 10,025 | 10,025 |
| Cash paid to employees | (100,877) | (100,878) | (84,730) | (84,730) |
| Cash paid for operating activities | (50,000) | (50,000) | (50,000) | (40,000) |
| **Net Cash Provided by (Used by) Operating Activities** | 31,748 | 56,747 | 21,395 | 29,895 |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | - | - | - | - |
| Cash paid for capital expenditure needs | (10,000) | (10,000) | (10,000) | (10,000) |
| Proceeds from sale of fixed assets | - | - | - | - |
| Change in certificates of deposit | - | - | - | - |
| Change in bond reserve accounts | - | - | - | - |
| Change in restricted investments | - | - | - | - |
| **Net Cash Provided by (Used by) Investing Activities** | (10,000) | (10,000) | (10,000) | (10,000) |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | (9,558) | (9,558) | (9,558) | (9,558) |
| Principal paid on capital lease obligations - equipment | - | - | - | - |
| Proceeds from SBA loan - forgivable | - | - | - | - |
| Proceeds from note payable - net debt reduction | - | - | - | - |
| Plan payments | (7,640) | (7,640) | (7,640) | (7,640) |
| Interest paid on debt | - | - | - | - |
| **Net Cash Provided by (Used by) Financing Activities** | (17,198) | (17,198) | (17,198) | (17,198) |
| **Net Increase (Decrease) In Cash** | 4,550 | 29,549 | (5,803) | 2,697 |
| **Cash and Cash Equivalents, Beginning of Period** | 439,778 | 444,328 | 473,877 | 468,074 |
| **Cash and Cash Equivalents, End of Period** | $ 444,328 | $ 473,877 | $ 468,074 | $ 470,771 |

Cash Flows Actual & Projection

| | October 31, 2022 | November 30, 2022 | December 31, 2022 | January 31, 2023 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 87,100 | $ 87,100 | $ 87,100 | $ 91,100 |
| Cash received from camps and classes | 500 | 500 | 500 | 3,000 |
| Cash received from daycare | 40,000 | 40,000 | 40,000 | 40,000 |
| Cash received from contributions | 16,000 | 16,000 | 16,000 | 17,000 |
| Cash received from building rental | 1,000 | 1,000 | 1,000 | 1,000 |
| Cash received from others | 10,025 | 10,025 | 10,025 | 10,025 |
| Cash paid to employees | (84,730) | (84,730) | (84,730) | (79,348) |
| Cash paid for operating activities | (40,000) | (40,000) | (40,000) | (45,000) |
| **Net Cash Provided by (Used by) Operating Activities** | 29,895 | 29,895 | 29,895 | 37,777 |
| | | | | |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | - | - | - | - |
| Cash paid for capital expenditure needs | (10,000) | (10,000) | (10,000) | (10,000) |
| Proceeds from sale of fixed assets | - | - | - | - |
| Change in certificates of deposit | - | - | - | - |
| Change in bond reserve accounts | - | - | - | - |
| Change in restricted investments | - | - | - | - |
| **Net Cash Provided by (Used by) Investing Activities** | (10,000) | (10,000) | (10,000) | (10,000) |
| | | | | |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | (9,558) | (9,558) | (9,558) | (9,558) |
| Principal paid on capital lease obligations - equipment | - | - | - | - |
| Proceeds from SBA loan - forgivable | - | - | - | - |
| Proceeds from note payable - net debt reduction | - | - | - | - |
| Plan payments | (7,640) | (7,640) | (7,640) | (7,640) |
| Interest paid on debt | - | - | - | - |
| **Net Cash Provided by (Used by) Financing Activities** | (17,198) | (17,198) | (17,198) | (17,198) |
| | | | | |
| **Net Increase (Decrease) In Cash** | 2,697 | 2,697 | 2,697 | 10,579 |
| | | | | |
| **Cash and Cash Equivalents, Beginning of Period** | 470,771 | 473,468 | 476,165 | 478,862 |
| | | | | |
| **Cash and Cash Equivalents, End of Period** | $ 473,468 | $ 476,165 | $ 478,862 | $ 489,441 |

Cash Flows Actual & Projection

| | February 28, 2023 | March 31, 2023 | April 30, 2023 | May 31, 2023 |
|---|---|---|---|---|
| **Cash Flows From Operating Activities** | | | | |
| Cash received from membership | $ 87,100 | $ 87,100 | $ 87,100 | $ 87,100 |
| Cash received from camps and classes | 3,000 | 5,000 | 10,000 | 10,000 |
| Cash received from daycare | 40,000 | 40,000 | 40,000 | 40,000 |
| Cash received from contributions | 16,000 | 16,000 | 16,000 | 16,000 |
| Cash received from building rental | 1,000 | 1,500 | 1,500 | 1,000 |
| Cash received from others | 10,025 | 10,025 | 10,025 | 10,025 |
| Cash paid to employees | (84,730) | (84,730) | (84,730) | (84,730) |
| Cash paid for operating activities | (50,000) | (50,000) | (50,000) | (50,000) |
| **Net Cash Provided by (Used by) Operating Activities** | 22,395 | 24,895 | 29,895 | 29,395 |
| | | | | |
| **Cash Flows From Investing Activities** | | | | |
| Purchase and repair of capital assets | - | - | - | - |
| Cash paid for capital expenditure needs | (10,000) | (10,000) | (10,000) | (10,000) |
| Proceeds from sale of fixed assets | - | - | - | - |
| Change in certificates of deposit | - | - | - | - |
| Change in bond reserve accounts | - | - | - | - |
| Change in restricted investments | - | - | - | - |
| **Net Cash Provided by (Used by) Investing Activities** | (10,000) | (10,000) | (10,000) | (10,000) |
| | | | | |
| **Cash Flows From Financing Activities** | | | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | (9,558) | (9,558) | (9,558) | (9,558) |
| Principal paid on capital lease obligations - equipment | - | - | - | - |
| Proceeds from SBA loan - forgivable | - | - | - | - |
| Proceeds from note payable - net debt reduction | - | - | - | - |
| Plan payments | (7,640) | (7,640) | (7,640) | (7,640) |
| Interest paid on debt | - | - | - | - |
| **Net Cash Provided by (Used by) Financing Activities** | (17,198) | (17,198) | (17,198) | (17,198) |
| | | | | |
| **Net Increase (Decrease) In Cash** | (4,803) | (2,303) | 2,697 | 2,197 |
| | | | | |
| **Cash and Cash Equivalents, Beginning of Period** | 489,441 | 484,638 | 482,335 | 485,032 |
| | | | | |
| **Cash and Cash Equivalents, End of Period** | $ 484,638 | $ 482,335 | $ 485,032 | $ 487,229 |

Cash Flows Actual & Projection

| | | June 30, 2023 |
|---|---|---:|
| **Cash Flows From Operating Activities** | | |
| Cash received from membership | $ | 85,600 |
| Cash received from camps and classes | | 50,000 |
| Cash received from daycare | | 20,000 |
| Cash received from contributions | | 16,000 |
| Cash received from building rental | | 1,000 |
| Cash received from others | | 10,025 |
| Cash paid to employees | | (100,877) |
| Cash paid for operating activities | | (50,000) |
| **Net Cash Provided by (Used by) Operating Activities** | | 31,748 |
| | | |
| **Cash Flows From Investing Activities** | | |
| Purchase and repair of capital assets | | - |
| Cash paid for capital expenditure needs | | (10,000) |
| Proceeds from sale of fixed assets | | - |
| Change in certificates of deposit | | - |
| Change in bond reserve accounts | | - |
| Change in restricted investments | | - |
| **Net Cash Provided by (Used by) Investing Activities** | | (10,000) |
| | | |
| **Cash Flows From Financing Activities** | | |
| Principal & interest paid on capital lease obligations - building (combined P&I in August 2020) | | (9,558) |
| Principal paid on capital lease obligations - equipment | | - |
| Proceeds from SBA loan - forgivable | | - |
| Proceeds from note payable - net debt reduction | | - |
| Plan payments | | (7,640) |
| Interest paid on debt | | - |
| **Net Cash Provided by (Used by) Financing Activities** | | (17,198) |
| | | |
| **Net Increase (Decrease) In Cash** | | 4,550 |
| | | |
| **Cash and Cash Equivalents, Beginning of Period** | | 487,229 |
| | | |
| **Cash and Cash Equivalents, End of Period** | $ | 491,779 |

**EXHIBIT C**
**CAPITAL IMPROVEMENT ESTIMATES**

| | |
|---|---|
| $117,550.00 | Roof replacement |
| $ 71,448.50 | Parking lot refurbishment |
| $ 15,150.00 | E Lobby air handling RTU replacement |
| $ 15,150.00 | W Lobby air handling RTU replacement |
| $ 19,885.00 | Gym air handling RTU replacement |
| $ 23,800.00 | Wellness air handling RTU replacement |
| $ 10,450.00 | Office air handling RTU replacement |
| $273,433.50 | |