## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE YOUNG MEN'S CHRISTIAN | ) | Case No. 20-20786 |
| ASSOCIATION OF TOPEKA, KANSAS, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### JOINDER OF COREFIRST BANK & TRUST TO
### U.S. TRUSTEE'S MOTION TO DISMISS

**COMES NOW**, CoreFirst Bank & Trust, by and through its attorneys, Riordan, Fincher & Mayo, P.A., and hereby joins in the Motion to Dismiss filed by the U.S. Trustee (Doc. 207). CoreFirst Bank & Trust also agrees with statements made in the joinder of the Subchapter V Trustee (Doc. 209).

**WHEREFORE,** CoreFirst Bank & Trust respectfully requests the Court grant relief in accordance with the Motion to Dismiss by the U.S. Trustee; and requests the Court grant such other and further relief as the Court deems just and equitable.

Respectfully submitted,

**s/R. Patrick Riordan**
R. Patrick Riordan, #15518
RIORDAN, FINCHER
& MAYO, P.A.
3735 SW Wanamaker Road, Suite A
Topeka, KS 66610
(785) 783-8323; (785) 783-8327 (fax)
riordan@rfm-law.com
Attorney for CoreFirst Bank & Trust

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2021, I electronically filed the above and foregoing using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system.

/s/R. Patrick Riordan
R. Patrick Riordan, #15518

2