# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:

THE YOUNG MEN'S CHRISTIAN
ASSOCIATION OF TOPEKA,
KANSAS,

Debtor

Case No. 20-20786
Chapter 11

## NOTICE OF HEARING ON
## DEBTOR'S THIRD APPLICATION TO EMPLOY ACCOUNTANT
## OBJECTION DEADLINE: AUGUST 10, 2021
## HEARING DATE: SEPTEMBER 10, 2021, AT 10:45 A.M.

YOU ARE HEREBY notified that if no objection to the Debtor's Application to Employ Accountant is filed in writing with the Clerk of the U.S. Bankruptcy Court by **August 10, 2021**, said Application will be granted by entry of an Order to be prepared and submitted by counsel for movant.

If a written objection is timely filed with the Clerk of the Bankruptcy Court (161 U.S. Courthouse, 500 State Avenue, Kansas City, Kansas 66101), a hearing will be scheduled on **September 10, 2021 at 10:45 a.m.**

Hearing will not be held on this Application unless an objection and/or response is timely filed with the Clerk on or before August 10, 2021.

In the United States Bankruptcy Court for the District of Kansas
IN RE: The Young Men's Christian Association of Topeka, Kansas
        Bankruptcy Case No. 20-20786-11
        NOTICE OF HEARING ON APPLICATION TO EMPLOY ACCOUNTANT
Page 2

RESPECTFULLY SUBMITTED,

HINKLE LAW FIRM LLC

/s/W. Thomas Gilman
W. Thomas Gilman, #11867
1617 N. Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
Phone (316) 267-2000 / Fax: (316) 660-6522
Email: tgilman@hinklaw.com
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 20, 2021, a true and correct copy of the above and foregoing NOTICE OF HEARING ON DEBTOR'S THIRD APPLICATION TO EMPLOY ACCOUNTANT was filed with the court using the CM/ECF system, which sent a notification to all parties in interest participating in the CM/ECF system, and on the same date a copy was mailed by first-class mail, postage prepaid and properly addressed to the creditors and parties in interest set forth on the attached matrix to this original certificate of mailing on file in the office of the Clerk of the U.S. Bankruptcy Court.

/s/ Tammy Hohstadt
Tammy Hohstadt, PLS
Legal Assistant to W. Thomas Gilman, #11867