| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 20-20786<br>District of Kansas<br>Kansas City<br>Tue Jul 20 15:50:50 CDT 2021 | CoreFirst Bank & Trust<br>3035 SW Topeka Blvd.<br>Topeka, KS 66611-2122 | The Young Men's Christian Association o<br>3635 S.W. Chelsea Drive<br>Topeka, KS 66614-3971 |
| Kansas City Divisional Office<br>161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101-2448 | Capital Federal Savings Bank<br>700 S Kansas Ave<br>Topeka KS 66603-3894 | Century Business Techologies<br>P O Box 2459<br>Topeka KS 66601-2459 |
| City of Topeka<br>215 S.E. 7th Street<br>Topeka KS 66603-3973 | City of Topeka, Kansas<br>Shawnee County Planning Dept.<br>Attn: Chief Administrator<br>1515 NW Saline St., Rm 102<br>Topeka, KS 66618-2869 | Constellation NewEnergy - Gas Division, LLC<br>1310 Point Street<br>12th Floor<br>Baltimore, MD 21231-3380 |
| Continental Research Corp<br>P O Box 15204<br>Saint Louis MO 63110-0204 | CoreFirst Bank & Trust<br>Attn: Corporate Trust Dept.<br>3035 SW Topeka Blvd.<br>Topeka, KS 66611-2122 | CoreFirst Bank & Trust, Bond Trustee for<br>Economic Development Refunding Bonds Ser<br>Riordan Fincher & Beckerman PA<br>3735 SW Wanamaker Rd Suite A<br>Topeka KS 66610-1396 |
| Evergy Kansas Central Inc<br>f/k/a Westar Energy Inc<br>%Bankruptcy Dept<br>PO Box 208<br>Wichita KS 67201-0208 | George K. Baum & Company<br>Attn: Roger Edgar, Executive VP<br>4801 Main Street, Suite 500<br>Kansas City, MO 64112-2551 | GreatPlay North<br>8533 SW 21st Street<br>Topeka KS 66615-9266 |
| Inland Waste Solutions<br>12600 Automobile Blvd<br>Clearwater FL 33762-4717 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA19101-7346 | R. Patrick Riordan<br>Riordan Fincher & Beckerman PA<br>3735 SW Wanamaker Road<br>Suite A<br>Topeka KS 66610-1396 |
| Sunflower Rental<br>2010 S Topeka Boulevard<br>Topeka KS 66612-1414 | The Young Men's Christian Association o<br>% W Thomas Gilman<br>Hinkle Law Firm LLC<br>1617 N Waterfront Pkwy Ste 400<br>Wichita KS 67206-6639 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |
| West Bend Mutual Ins Co<br>Bin 432<br>Milwaukee WI 53288-0432 | Nicholas R Grillot<br>Hinkle Law Firm, LLC<br>1617 N. Waterfront Parkway<br>Suite 400<br>Wichita, KS 67206-6639 | Robbin L Messerli<br>6917 Tomahawk Rd<br>PO Box 8686<br>Prairie Village, KS 66208-0686 |
| W. Thomas Gilman<br> Hinkle Law Firm, L.L.C.<br>1617 N. Waterfront Parkway<br>Suite 400<br>Wichita, KS 67206-6639 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Constellation NewEnergy Gas Division, LLC | (u)Globic Advisors | (u)Internal Revenue Service |
| (u)Nuveen Asset Management, LLC | (u)Sink, Gordon & Associates LLP | End of Label Matrix<br>Mailable recipients 24<br>Bypassed recipients 5<br>Total 29 |