**SO ORDERED.**

**SIGNED this 20th day of August, 2021.**



_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re:<br>THE YOUNG MENS'S CHRISTIAN<br>ASSOCIATION OF TOPEKA, KANSAS,<br>_Debtor_. | Case No. 20-20786<br>Chapter 11 |

**ORDER COMBINED WITH NOTICE TO CREDITORS
AND OTHER PARTIES IN INTEREST**

Notice is hereby given that the Debtor has filed a Second Amended Subchapter V – Small Business Debtor Reorganization Plan Dated July 1, 2021 ("Chapter 11 Plan").

The Honorable Dale L. Somers, United States Bankruptcy Judge, has directed that all creditors listed and those not listed but filing claims herein, and the United States Trustee be noticed and supplied a copy of the Chapter 11 Plan.

An evidentiary hearing will be held on <u>**October 19, 2021**</u> beginning at <u>**1:30 p.m.**</u> before the United States Bankruptcy Court, 500 State Avenue, Courtroom 144, Kansas City, Kansas, at which time the Debtor or its representative must personally appear.

All objections to the Chapter 11 Plan should be filed with the Clerk of the Bankruptcy Court, 500 State Avenue, Room 161, Kansas City, Kansas 66101 on or before **October 1, 2021** and served upon counsel for the Debtor.

In The U.S. Bankruptcy Court for the District of Kansas
In re:   The Young Men's Christian Association of Topeka, Kansas
Chapter 11 Bankruptcy Case No. 20-20786-11
ORDER COMBINED WITH NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
Page 2

**October 1, 2021** is fixed as the last day for receipt of acceptances or rejections of the Chapter 11 Plan. All ballots must be received at the address listed on the ballot prior to 5:00 p.m. prevailing Central Time on that date to be counted.

On or before **September 3, 2021** there should be mailed to all parties in interest, or parties required to receive notice by the Code, a copy of this Notice, the Chapter 11 Plan, and appropriate forms for the acceptance or rejection of the Chapter 11 Plan. A certificate of service must be filed with the Court no later than **September 7, 2021**, and a ballot summary no later than **October 12, 2021**.

The Court sets the Voting Record Date for the Series 2011A Bonds at **August 26, 2021**.

# # #

SUBMITTED BY:

HINKLE LAW FIRM LLC

/s/ W. Thomas Gilman
W. Thomas Gilman, #11867
1617 N. Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
Phone: (316) 267-2000 / Fax: (316) 660-6522
Email:  tgilman@hinklaw.com
*Attorneys for Debtors*

In re:

The Young Men's Christian Associati

    Debtor

Case No. 20-20786-DLS

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: pdf020 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Young Men's Christian Association of Topeka, K, 3635 S.W. Chelsea Drive, Topeka, KS 66614-3971 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Allman | on behalf of Creditor Internal Revenue Service chris.allman@usdoj.gov  USAKS.ecfkcbank@usdoj.gov,caseview.ecf@usdoj.gov |
| Christopher T. Borniger | on behalf of U.S. Trustee U.S. Trustee christopher.t.borniger@usdoj.gov  ustpregion20.wi.ecf@usdoj.gov |
| Nicholas R Grillot | on behalf of Debtor The Young Men's Christian Association of Topeka  Kansas ngrillot@hinklaw.com, dwalton@hinklaw.com;thohstadt@hinklaw.com |
| R. Patrick Riordan | on behalf of Interested Party CoreFirst Bank & Trust riordan@rfsblaw.com |
| Richard A Kear | on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov |
| Robbin L Messerli | |

rob.messerli@gunrockvp.com

Robbin L Messerli

on behalf of Trustee Robbin L Messerli rob.messerli@gunrockvp.com

Sarah B Macke

on behalf of Creditor Internal Revenue Service sarah.macke@usdoj.gov
michelle.lies@usdoj.gov;phyllis.creed@usdoj.gov;CaseView.ECF@usdoj.gov

Sharon L. Stolte

on behalf of Creditor Constellation NewEnergy Gas Division  LLC sstolte@sandbergphoenix.com

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

W. Thomas Gilman

on behalf of Debtor The Young Men's Christian Association of Topeka  Kansas tgilman@hinklaw.com, thohstadt@hinklaw.com

TOTAL: 11