1:30 PM

---

Case Information:
    20-20786 The Young Men's Christian Association of Tope   Chapter: 11
Judge: DLS  Filed: 05/21/2020   Pln Confirmed:

---

Appearances:
XX    W. Thomas Gilman representing The Young Men's Christian Association of Topeka, Kansas (Debtor)
XX    Robbin L Messerli (Trustee)
XX    Richard A Kear representing U.S. Trustee
XX    Patrick Riordan representing CoreFirst Bank & Trust

---

Issue(s):
**Issue #1**
    [207]  Motion for Dismissal for Other . Filed on behalf of U.S. Trustee U.S. Trustee, with Certificate of Service.
    [209]  Response to (related document(s): 207 Motion for Dismissal for Other . filed by U.S. Trustee U.S. Trustee) Joinder in UST's Motion Filed by Trustee Robbin L Messerli
    [213]  Objection to (related document(s): 207 Motion for Dismissal for Other . filed by U.S. Trustee U.S. Trustee) Filed by Debtor The Young Men's Christian Association of Topeka, Kansas (Attachments: # 1 Exhibit A - Haley Resume # 2 Exhibit B - Emails # 3 Exhibit C - Roster) (Gilman, W.)
    [214]  Response to (related document(s): 207 Motion for Dismissal for Other . filed by U.S. Trustee U.S. Trustee)  Filed by Interested Party CoreFirst Bank & Trust (Riordan, R.)

**Issue #2**
    [229] Motion to Continue Confirmation Hearing On (related documents 228 Notice of Hearing) (Confirmation Hearing) Filed on behalf of Debtor The Young Men's Christian Association of Topeka, Kansas, with Certificate of Service.(Gilman, W.)

---

Notes/Decision:

Mr. Gilman to provide an order on the motion to continue confirmation hearing. A letter was received from a group designating delegees to vote on the plan. The letter is to be forwarded to Mr. Messerli and Mr. Kear. Certificates of service have been filed regarding the ballots. Status conference set for 10/14 at 2:15pm.

---

Courtroom Deputy: Judy    Cowger
ECRO Reporter:  Cindy    Merrick